UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v.

SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,

Defendants.

C.A. No. 04-310S

**OBJECTION TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY PERIOD**

Defendants Southern Union Company and New England Gas Company, object to plaintiff's motion to extend the discovery period by five months, from May 31, 2005 until October 31, 2005. The parties agree that an enlargement of time is necessary in this case, but disagree on the length of time which the discovery period should be extended. Plaintiff originally proposed a six month extension in discussions with defense counsel. When the parties were unable to agree on this issue, Defendants filed a motion to extend the discovery period by four months, until September 30, 2005. Plaintiff objected to Defendants' motion and filed her own motion requesting an enlargement of five months. Subsequent to the filing of plaintiff's motion, the undersigned conferred with counsel for the plaintiff and, in an attempt to resolve the issue without Court intervention, proposed that the Defendants would agree to the five month period requested by the plaintiff if the plaintiff would agree to not seek a further enlargement of time from the Court. Defendants' proposed resolution to the issue was rejected.

Defendants submit that their requested four month extension of time is sufficient to complete discovery in this case, and that plaintiff's request is unreasonable.

However, in an attempt to accommodate the concerns of all parties, Defendants respectfully request that the Court deny plaintiff's motion to extend the discovery period and instead enlarge the period of time in which to complete discovery in this case by five months to October 31, 2005, and providing that no further enlargements will be allowed.

Defendants,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY

By their Attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara, Esq. (#4249)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
(401) 751-8500
(401) 553-6850 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by U.S. Mail, postage prepaid, on this 10th day of June, 2005 to:

Patricia E. Andrews, Esquire
Carly Beauvais Iafrate, Esquire
170 Westminster Street, Suite 601
Providence, RI 02903

# 2946189_v1