**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA,** **Plaintiff** | ) | |
| **vs.** | ) | **C.A. No.: 04-310S** |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | ) | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY**

Now comes the Plaintiff, Carol Petrarca ("Plaintiff"), and hereby objects to the Motion to Extend the Discovery Period, filed by Defendants Southern Union Company and New England Gas Company. As grounds therefore, Plaintiff incorporates the reasons set forth in Plaintiff's Motion to Extend the Discovery Period, dated May 27, 2005.

Wherefore, the Plaintiff respectfully requests that the Defendants' motion be denied.

Plaintiff,
Carol Petrarca,
By her Attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that on the 13th day of June 2005, I mailed a copy of the within to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, RI 02903.