UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Carol A. Petrarca, Plaintiff, | : | |
| v. | : | C.A. No. 04-310S |
| Southern Union Company, et al., Defendants. | : | |

**AMENDED PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Fact Discovery Closure. All factual discovery will be closed by November 17, 2005.

2. Dispositive Motions. Dispositive motions shall be filed by November 30, 2005. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

3. Pretrial Memoranda. Counsel shall present by 30 days after a decision on any dispositive motions, or if no dispositive

motions are filed, by December 31, 2005.

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 6/22/05