UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v.

SOUTHERN UNION COMPANY, et al,

Defendants.

C.A. No. 04-310S

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that on ***September 28, 2005 at 10:00 a.m.*** at the offices of Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island and continuing from day-to-day until completed, Defendants will take the deposition upon oral examination of ***Carol Petrarca*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,
By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

August 24, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ~~23rd~~ 24th day of August, 2005 a copy of the foregoing was mailed to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Providence, RI 02903.

Neal J. McNamara

# 3145616_v1