UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PETRARCA, Plaintiff | ) |
| vs. | ) C.A. No.: 04-310S |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants | ) |

FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

Now comes the Plaintiff, Carol Petrarca ("Plaintiff"), and hereby moves for an extension of time within which to complete discovery. In support of this motion, the Plaintiff states that the discovery period is presently scheduled to close on November 17, 2005, however, a significant amount of work still needs to be done.

Before giving the reasons why such an extension is needed it is important to note the current status of discovery. The parties have exchanged written discovery. However, there are numerous discovery disputes, some of which the parties have been able to resolve, but many of which, they have not. Given this, motions to compel are forthcoming.[1] Additionally, the deposition phase has begun.

The reasons for an extension of the discovery period are:

[1]Plaintiff filed a Motion to Exceed the Page Limit for these motions yesterday which is pending.

(1) Plaintiff recently underwent major surgery and is unavailable for her deposition or to assist in the preparation of her case;

(2) The wife of Neal McNamara, counsel for Defendants, is undergoing surgery in October (the time during which many depositions have been scheduled) which will render him unavailable for a period of time;

(3) There are two other related cases, one filed in Federal Court and one in Superior Court, on which the parties have also been working on simultaneously and which will require a significant amount of time.

Accordingly, Plaintiff requests an additional three (3) months, up to and including, February 17, 2005. For the foregoing reasons, the Plaintiff respectfully requests that the Court grant the motion to extend.

Plaintiff,
Carol Petrarca
By her Attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Defendants,
By their Attorneys,

Neal McNamara, #4249
Robert Crohan, #6515
Holland & Knight, LLP
One Financial Plaza
Providence, RI 02903
(401) 751-8500

GRANTED
William E. Smith
U.S. District Judge
9/26/05