UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v. C.A. No. 04-310-S

SOUTHERN UNION COMPANY, et al.,

Defendants.

MOTION TO EXCEED EXHIBIT PAGE LIMIT

Defendant Southern Union Co. respectfully requests that it be given leave to attach to its memorandum of law in support of its Motion for Protective Order an exhibit that exceeds the 5-page limit set by Amended General Order #2002-01. Because the same memorandum is being filed in support of two virtually identical motions in two different cases before this Court, the Defendant respectfully requests that 5 pages of the exhibit be permitted per case, for a total of 10 pages.

Respectfully submitted,

DEFENDANT,
SOUTHERN UNION COMPANY,

By its attorney,

HOLLAND & KNIGHT LLP

Neal J. McNamara, Esq. (#4249)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Dated: October 3, 2005

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2005 a copy of the foregoing was mailed and faxed to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.

# 3269306_v1