UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Robert Crohan, Jr., Esq,

RE: CA 04-310S

Carol Petrarca v. Southern Union Company, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10/ 17 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____________________

ENTER:

[signature]
United States Magistrate Judge

Date: 10/17/05

cc: Counsel of Record

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff, | : | |
| v. | : | C.A. No.: 04-310 S |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants. | : | |

**DEFENDANTS' MOTION TO COMPEL ANSWERS TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Southern Union Company and New England Gas Company hereby move to compel the plaintiff to answer Defendants' Second Request For Production of Documents. As ground therefor, Defendants state that they served the foregoing discovery requests on August 19, 2005. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff had 30 days, or until September 19, 2005, to serve her response to the request for production. Plaintiff failed to respond to the discovery request within the time mandated by the respective rules. Plaintiff requested additional time within which to respond to the within discovery. Defendants agreed to an extension of time to respond to September 30, 2005. Plaintiff indicated that she would not be able to respond at that time. Defendants then granted an extension of time to October 4, 2005. Defendants have still not received plaintiff's discovery responses.

For the reasons stated, Defendants request an order compelling the plaintiff to produce documents responsive to Defendant's Second Request for Production of Documents within ten (10) days of the granting of this motion.

RULE 37(a)(2)(B) CERTIFICATE

Defense counsel certifies, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), that he conferred with plaintiff's counsel in an attempt to secure the discovery responses without court action.

DEFENDANTS,
SOUTHERN UNION COMPANY
AND NEW ENGLAND GAS COMPANY

By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I served a true and accurate copy of the within document via regular mail, postage prepaid to:

Patricia E. Andrews, Esq.
Carly Beauvais Iafrate, Esq.
170 Westminster Street
Providence, RI 02903

# 3286048_v1