# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# ***NOTICE***

***CAROL PETRARCA***

***v.*** ***CA04-310S***

***SOUTHERN UNION COMPANY, et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:*** ***MOTION FOR PROTECTIVE ORDER***

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***OCTOBER 28, 2005***

***TIME:*** ***11:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: October 24, 2005

**NOTICE SENT TO:** **MCNAMARA, CROHAN, ANDREWS, IAFRATE**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.