UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA :
:
v. : C.A. No. 04-310S
:
SOUTHERN UNION COMPANY, :
et al. :

**ORDER**

Before the Court for determination is Defendants' Motion for Protective Order. (Document No. 23). 28 U.S.C. § 636(b)(1)(A); Local R. 32(b). After reviewing the parties' memoranda and the arguments made at today's hearing, Defendants' Motion is DENIED for lack of "good cause shown" at this time. Fed. R. Civ. P. 26(c). Counsel for the parties shall confer in good faith and make a reasonable effort to coordinate discovery in these three (similar, if not related) employment discrimination cases in order to promote efficiency and to minimize the burden on individual deponents. See Fed. R. Civ. P. 1; R.I. Super. Ct. R. Civ. P. 1 (Rules of Procedure "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action."). If counsel are unable to agree on such coordination, Plaintiff's counsel is reminded that discovery in a particular case is limited in scope by Fed. R. Civ. P. 26(b)(1) as to matters relevant to the claim or defense of any party in that action, and Defendants' counsel is reminded that Plaintiff is permitted by the Federal Rules to conduct up to ten depositions, each limited to one day of seven hours, in each federal action. See Fed. R. Civ. P. 30(a)(2)(A) and (d)(2). Plaintiff's counsel is also advised that repeat questioning of a deponent in successive depositions in more than one of these "related" cases

on the exact same subject matter would likely be considered unreasonably cumulative or duplicative (Fed. R. Civ. P. 26(b)(2)), and annoying, oppressive and unduly burdensome (Fed. R. Civ. P. 26(c)). See Fed. R. Civ. P. 26(c) and 30(d)(4).

SO ORDERED.

LINCOLN D. ALMOND
United States Magistrate Judge
October 28, 2005