UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff, | : | |
| v. | : | C.A. No.: 04-310 S |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants. | : | |

**DEFENDANTS' MOTION TO COMPEL ANSWERS TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Southern Union Company and New England Gas Company hereby move to compel the plaintiff to answer Defendants' Second Request For Production of Documents. As ground therefor, Defendants state that they served the foregoing discovery requests on August 19, 2005. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff had 30 days, or until September 19, 2005, to serve her response to the request for production. Plaintiff failed to respond to the discovery request within the time mandated by the respective rules. Plaintiff requested additional time within which to respond to the within discovery. Defendants agreed to an extension of time to respond to September 30, 2005. Plaintiff indicated that she would not be able to respond at that time. Defendants then granted an extension of time to October 4, 2005. Defendants have still not received plaintiff's discovery responses.

For the reasons stated, Defendants request an order compelling the plaintiff to produce documents responsive to Defendant's Second Request for Production of Documents within ten (10) days of the granting of this motion.

RULE 37(a)(2)(B) CERTIFICATE

Defense counsel certifies, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), that he conferred with plaintiff's counsel in an attempt to secure the discovery responses without court action.

DEFENDANTS,
SOUTHERN UNION COMPANY
AND NEW ENGLAND GAS COMPANY

By their attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.
Robert J. Crohan Jr.

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

CERTIFICATE OF SERVICE

I hereby certify that on October ____, 2005, I served a true and accurate copy of the within document via regular mail, postage prepaid to:

Patricia E. Andrews, Esq.
Carly Beauvais Iafrate, Esq.
170 Westminster Street
Providence, RI 02903

Gail A. Meo

# 3286048_v1