**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CAROL PETRARCA,**<br>**Plaintiff,**<br>**v.**<br>**SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,**<br>**Defendants.** | **C.A. No. 04-310S** |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, Carol Petrarca ("Plaintiff"), in the above-captioned case and objects to the Motion to Compel Plaintiff's Response to Defendants' Second Request for Production of Documents filed by the Defendants, Southern Union Company and New England Gas Company ("Defendants"). Plaintiff recently underwent major surgery and needs additional time in order to search for and produce any responsive documents.

Wherefore, Plaintiff respectfully requests that Defendants' Motion, insofar as it requests that documents be produced within ten (10) days of a hearing, be denied.

Plaintiff,
By her Attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, #601

Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 19th day of October 2005, to:

Neal J. McNamara, Esq.
Robert Crohan, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

____________________________