UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PETRARCA, Plaintiff, | |
| v. | C.A. No. 04-310S |
| SOUTHERN UNION COMPANY, et al. Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants respectfully move for leave to file a Memorandum in Opposition to Plaintiff's Motion to Compel Defendants' Further Answers to Plaintiff's First Set of Interrogatories that exceeds the ten-page limit contained in Amended General Order #2002-01. In plaintiff's motion, she has contested the validity of objections and adequacy of answers to 14 of Defendants' responses. Defendants state that in order to adequately address plaintiff's challenges, they require more than ten pages.

Wherefore, Defendants respectfully request that the Court grant them leave to file a memorandum of up to 20 pages in length.

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,
By their attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31ST day of October, 2005 a copy of the foregoing was mailed to:

Patricia E. Andrews, Esq.
Carly B. Iafrate, Esq.
170 Westminster Street, Suite 601
Providence, RI 02903

Michele Biagetti

# 3342874_v1