12/8/05: GRANTED ABSENT OPPOSITION. LOCAL RULE 12(a)(2).
USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v.

SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY

Defendants.

C.A. No. 04-310S

## DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER

Defendants Southern Union Company and New England Gas Company, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, hereby request leave to amend their Answer to include three additional affirmative defenses. Attached hereto is the proposed Amended Answer, which incorporates the new defenses, Defendants' Seventh Defense, Eighth Defense, and Ninth Defense. In support of this motion, Defendants rely upon the Memorandum submitted herewith.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐

William E. Smith, U.S. District Judge
Date: 12/8/05

Respectfully submitted,

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,

By their attorneys,

HOLLAND & KNIGHT LLP

Robert J. Crohan Jr.

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850