UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v.

SOUTHERN UNION COMPANY,
et al,

Defendants.

C.A. No. 04-310S

**MOTION TO COMPEL PLAINTIFF'S ATTENDANCE AT DEPOSITION**

Defendants Southern Union Co. et al. hereby move, pursuant to Fed. R. Civ. P. 37, to compel Plaintiff Carol Petrarca to attend a deposition to be scheduled for January 24, 2006, or as soon thereafter as is practicable. In support of this motion, pursuant to Local Rule 7(a), Defendants state as follows:

1. Plaintiff was scheduled to appear for depositions on September 28, 2005, November 22, 2005, and January 6, 2006. Defendants provided due notice to Plaintiff in each instance, yet Plaintiff canceled all three scheduled depositions. Attached as Exhibits A, B and C are the Notices of Deposition. With respect to the most recent scheduled deposition, defendants' counsel inquired of plaintiff's counsel by email on January 5, 2006 whether the deposition would go forward on the following day. Plaintiff's counsel responded: "We have made a decision that we must withdraw from all cases. Given this, we don't think it is

appropriate to handle the deposition." Plaintiff's counsel subsequently confirmed that she was canceling the deposition;

2. Defendants, pursuant to Fed. R. Civ. P. 37(a)(2)(B), certify that they have attempted in good faith to contact Plaintiff's counsel about deposition scheduling, and to resolve this issue without court action, but have been informed that Plaintiff's counsel is withdrawing and therefore will not defend Plaintiff's deposition.

3. Defendants believe that deposition discovery will not go forward without an Order from this Court compelling Plaintiff's attendance.

For the foregoing reasons, Defendants respectfully request that their Motion to Compel Plaintiff's Attendance at Deposition be GRANTED.

Respectfully submitted,

DEFENDANTS,
SOUTHERN UNION COMPANY et al.

By its attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara, Esq. (#4249)
Robert J. Crohan Jr., Esq. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th of January, 2006 a copy of the foregoing was sent via facsimile and regular mail to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.



# 3496035_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v. C.A. No. 04-310S

SOUTHERN UNION COMPANY,
et al,

Defendants.

# NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that on ***September 28, 2005 at 10:00 a.m.*** at the offices of Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island and continuing from day-to-day until completed, Defendants will take the deposition upon oral examination of ***Carol Petrarca*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,
By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

August 24, 2005

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ~~23rd~~ 24th day of August, 2005 a copy of the foregoing was mailed to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Providence, RI 02903.

Neal J McNa[illegible]

# 3145616_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PETRARCA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY, et al,<br>Defendants. | C.A. No. 04-310S |

## THIRD NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that on ***November 22, 2005 at 9:30 a.m.*** at the offices of Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island and continuing from day-to-day until completed, Defendants will take the deposition upon oral examination of ***Carol Petrarca*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,
By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

October 21, 2005

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27 day of October, 2005 a copy of the foregoing was mailed to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Providence, RI 02903.

Neal J McNamara

# 3334811_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v.

SOUTHERN UNION COMPANY, et al,

Defendants.

C.A. No. 04-310S

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that on ***January 6, 2006 at 10:00 a.m.*** at the offices of Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island and continuing from day-to-day until completed, Defendants will take the deposition upon oral examination of ***Carol Petrarca*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,
By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

December 22, 2005

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of December, 2005 a copy of the foregoing was mailed to: Patricia E. Andrews, Esq. and Carly B. Iafrate, Esq., 170 Westminster Street, Providence, RI 02903.

# 3463372_v1