FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v.

SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,

Defendants.

C.A. No.: 04-310S

Referred to U.S.M.J. Almond
for findings & [illegible]
for determination
1/9/06

1/9/06: GRANTED. PLAINTIFF SHALL SUPPLEMENT HER RESPONSES TO REQUESTS 2 AND 3 BY 1/31/06.
USMJ

## DEFENDANTS' RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants Southern Union Company and New England Gas Company hereby renew their motion to compel the plaintiff to produce documents responsive to Defendants' Second Request For Production of Documents. As ground therefor, Defendants state that they served the foregoing discovery request on August 19, 2005 in this employment discrimination case, requesting that plaintiff produce, *inter alia*, the following relevant documents:

> 2. All state and federal income tax returns including any schedules or attachments filed by you or on your behalf for the years 1999 to present.
>
> 3. All documents referring or relating to any application for social security disability benefits, including all documents upon which you relied in making that application.

Plaintiff failed to respond to the request or to produce the documents requested within the time limits set by Rule 34 of the Federal Rules of Civil Procedure. She subsequently requested a number of extensions of time in which to respond to the discovery request, which were agreed to by the Defendants. When plaintiff failed to respond within the extended time period agreed upon