FILED
JAN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CAROL PETRARCA,** **Plaintiff** vs. **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | **C.A. No.: 04-310S** |

**MOTION TO WITHDRAW BY PLAINTIFF'S COUNSEL**

NOW COMES the undersigned counsel and requests the Court's permission to withdraw as Plaintiff's counsel. As grounds therefore, the undersigned states the following.

As this Court is aware, Plaintiff's counsel filed a motion to withdraw in a related case, Horne v. Southern Union, C.A. No. 04-434S, on or about December 12, 2005. A hearing was held on that motion on December 28. Because of the attorney-client privilege, Plaintiff's counsel were unable to explain in detail the reasons for the withdrawal. The Court did not rule on the motion and subsequently entered an order directing Plaintiff's counsel to address a number of issues, including providing a more detailed basis for the withdrawal, by January 16. The Court has also scheduled a continued hearing on the Horn withdrawal on January 30.

As stated during the Horn hearing, Plaintiff's counsel were in the process of determining whether the issues in the Horn case required Plaintiff's counsel to withdraw from this case, and the third-related case, state court action Stamp v. Southern Union, PC 04-4592. Based upon research and discussions with Supreme Court Disciplinary Counsel, Plaintiff's counsel have decided that because of the recently divulged conflict or interest, among other things, they must withdraw from all three cases.

Plaintiff's counsel are in the process of preparing the detailed response to the issues as directed by the Court which will demonstrate why withdrawal is necessary in this case. We are also in the process of attempting to find successor counsel not only for Horn, but for Petrarca and Stamp. Discovery in this matter is scheduled to close on February 17, 2006.

Pursuant to local rule 206(e), Plaintiff's counsel also certifies the following. Plaintiff has been advised that she may object to this motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the case. The address listed below at 592 Pippin Orchard Road, Cranston, RI, is Plaintiff's home and she regularly receives mail from this office at that address. In addition, the following matters are pending before the Court. Defendant has a pending Renewed Motion for Further Production of Documents and Plaintiff has filed an Objection thereto. A report to Magistrate Judge Almond regarding outstanding discovery matters is also near completion after some final editing by the parties. Finally, Plaintiff's counsel has attached an affidavit regarding Plaintiff's military status.

In summary, Plaintiff's counsel cannot ethically continue as counsel for any of the three Plaintiffs. Wherefore, the undersigned counsel respectively requests that this motion be granted.

Respectfully submitted,
Counsel to Carol Petrarca,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that on the 5th day of January 2006 I mailed a copy of the within document to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and to Carol Petrarca, 592 Pippin Orchard Road, Cranston, RI 02921, by both regular mail and certified mail, return-receipt requested.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA,** **Plaintiff** | ) | |
| vs. | ) | **C.A. No.: 04-310S** |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | ) | |

## AFFIDAVIT OF NON-MILITARY SERVICE

I, Carly Beauvais Iafrate, Esq., an attorney licensed to practice in this Court in good standing, do hereby state and affirm that:

1. The Plaintiff is not a person in military service as defined in Article 1 of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

2. Plaintiff currently resides at 592 Pippin Orchard Road, Cranston, RI 02921.

Subscribed and sworn to under the penalties of perjury this 5th day of January 2006.

Carly Beauvais Iafrate/ #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Subscribed and sworn before me this 5th day of January 2006.

8/3/11

Notary Public

My Commission Expires:__________

**CERTIFICATION**

I hereby certify that on the 5 th day of January 2006, I mailed a copy of the within document to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and to Carol Petrarca, 592 Pippin Orchard Road, Cranston, RI 02921 by both certified mail, return receipt requested and by regular mail.