**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA,** | : | |
| **Plaintiff,** | : | **C.A. No. 04-310S** |
| **v.** | : | |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants.** | : | |

## PLAINTIFF'S OBJECTION TO DEFENDANTS' RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Now comes the Plaintiff's counsel and on behalf of Plaintiff, Carol Petrarca ("Plaintiff"), hereby objects to the Renewed Motion to Compel Production of Documents filed by the Defendants, Southern Union Company and New England Gas Company ("Defendants"). As of today, January 5, 2006, Plaintiff's counsel are filing a a Motion to Withdraw from this case. Plaintiff's counsel have informed Plaintiff of the Defendants' request for tax returns covering the years 1999-2001. Plaintiff has requested any documents she does not have in her possession from the IRS and will turn them over when they are received. Plaintiff has also contacted social security regarding the Defendants' request for social security documents.

Because the Defendants' motion did not specifically request a number of days within which Plaintiff has to produce the documents, Plaintiff is requesting sufficient time to obtain and produce the documents from parties she cannot control, namely the IRS and SSA.

Wherefore, Plaintiff respectfully requests at least thirty (30) days be given for the Plaintiff to obtain the documents, and if the documents cannot be obtained, that she be allowed to present that information to Defendants that she has satisfied her obligation and made a reasonable effort.

Counsel for Plaintiff,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, #601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 5th day of January 2006, to:

Neal J. McNamara, Esq.
Robert Crohan, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Carol Petrarca
592 Pippin Orchard Road
Cranston, RI 02921