**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA,** **Plaintiff** | ) | |
| **vs.** | ) | **C.A. No.: 04-310S** |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,** **Defendants** | ) | |

## MOTION TO EXTEND DISCOVERY PERIOD

Now comes the undersigned Plaintiff's counsel, and hereby move for an extension of time within which Plaintiff will have to complete discovery. In support of this motion, Plaintiff's counsel states that the discovery period is presently scheduled to close on February 17, 2005. Recently, Plaintiff's counsel filed a motion to withdraw their representation of the Plaintiff in a related case, Horn v. Southern Union, C.A. No. 04-434S. Because of the issues that have arisen in that case, Plaintiff's counsel can no longer ethically represent the Plaintiff in this case. Plaintiff's counsel are in the process of assisting Plaintiff in finding successor counsel. Plaintiff's counsel have also been ordered to make an in camera submission to the Court in this case, and are in the process of responding to that order.

This discovery extension, if approved, would change the other case deadlines set forth in the pre-trial order as follows. Discovery closure - March 17, 2006; Dispositive motions by March 31, 2006; Pre-trial Memoranda - If no summary judgment has been filed, by May 17, 2006, or within 30 days after a decision on dispositive motions.

Accordingly, Plaintiff's counsel respectfully requests that the discovery period be extended thirty (30) additional days. .

Respectfully submitted,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that on the 11th day of January 2006, I mailed a copy of the within document to Neal J. McNamara, Esquire, Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island 02903 and to Carol Petrarca, 592 Pippin Orchard Road, Cranston, RI 02921, by ~~both~~ regular mail ~~and by certified mail, return-receipt requested~~.