**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA,**<br>**Plaintiff,**<br>**v.**<br>**SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY,**<br>**Defendants.** | : | **C.A. No. 04-310S** |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL DEPOSITION**

Now comes the Plaintiff's counsel and on behalf of Plaintiff, Carol Petrarca ("Plaintiff"), hereby objects to the Motion to Compel Plaintiff's Deposition filed by the Defendants, Southern Union Company and New England Gas Company ("Defendants").

This case was served upon Defendants in about October 2004. Despite this, Defendants did not first notice Plaintiff's deposition until September 28, 2005. Unfortunately, Plaintiff could not appear at the September 28 deposition, because she had major surgery and had not yet recovered. Plaintiff's deposition was noticed again for November 22. Prior to the deposition, Plaintiff was expecting Defendants to produce certain supplemental documents to Plaintiffs. Plaintiff's counsel also sought from Defendants a copy of Plaintiff's deposition testimony

from a car accident case that Defendants had. Accordingly, Plaintiff requested that the deposition be re-scheduled until the documents were produced, and agreed to make Plaintiff available once the documents were produced (as early as the Friday after Thanksgiving). Defendant's counsel agreed to postpone the deposition and that he would get back to Plaintiff's counsel with a new date (but it would not be the day after Thanksgiving).

Thereafter, Defendants did not notice Plaintiff's deposition until January 6. On December 28, after the hearing on the Horn motion to withdraw, Plaintiff's counsel informed Defendants' counsel that they may have to withdraw from the Petrarca case. After speaking with disciplinary counsel, Plaintiff's counsel confirmed this with Defendants' counsel. Given this, Plaintiff's counsel informed defendants' counsel that we could not represent Petrarca in a deposition.

Accordingly, Plaintiff objects to the motion to compel deposition and respectfully requests that the deposition be postponed until substitute counsel is obtained. Plaintiff's counsel are in the process of assisting Petrarca in that effort.

Plaintiff,
By her attorneys,

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, #601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 11th day of January 2006, to:

Neal J. McNamara, Esq.
Robert Crohan, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Carol Petrarca
592 Pippin Orchard Road
Cranston, RI 02921