FILED
JAN 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,
Plaintiff,

v.

SOUTHERN UNION COMPANY, et al,
Defendants.

C.A. No. 04-310S

1/19/06: DENIED WITHOUT PREJUDICE IN VIEW OF THE PENDING MOTION TO WITHDRAW FILED BY PLAINTIFF'S COUNSEL. [signature] VSMJ

**MOTION TO COMPEL PLAINTIFF'S ATTENDANCE AT DEPOSITION**

Defendants Southern Union Co. et al. hereby move, pursuant to Fed. R. Civ. P. 37, to compel Plaintiff Carol Petrarca to attend a deposition to be scheduled for January 24, 2006, or as soon thereafter as is practicable. In support of this motion, pursuant to Local Rule 7(a), Defendants state as follows:

1. Plaintiff was scheduled to appear for depositions on September 28, 2005, November 22, 2005, and January 6, 2006. Defendants provided due notice to Plaintiff in each instance, yet Plaintiff canceled all three scheduled depositions. Attached as Exhibits A, B and C are the Notices of Deposition. With respect to the most recent scheduled deposition, defendants' counsel inquired of plaintiff's counsel by email on January 5, 2006 whether the deposition would go forward on the following day. Plaintiff's counsel responded: "We have made a decision that we must withdraw from all cases. Given this, we don't think it is

Referred to U.S.M.J. [signature]
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 1/6/06