1/24/06: DENIED. PLAINTIFF SHALL CONTINUE HER ATTEMPTS TO OBTAIN THE RECORDS FROM BUTLER HOSPITAL AND PROMPTLY PRODUCE ANY RECORDS OBTAINED.

WES / USMJ

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v. C.A. No.: 04-310 S

SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY,

Defendants.

## DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendants Southern Union Company and New England Gas Company hereby move to compel the plaintiff to produce documents responsive to Defendants' First Request For Production of Documents. As grounds therefor, Defendants state that they served the foregoing discovery request in January 2005 in this employment discrimination case, requesting that plaintiff produce, *inter alia*, the following relevant documents:

> 11. All physical and mental health records dating since January 1989, including but not limited to records, notes, memoranda, correspondence, tests, reports, and prescriptions, relating to counseling, diagnosis, testing, or treatment provided to you for any physical, mental psychiatric, psychological, or emotional injury or condition by any physical or mental health care provider, as well as any financial records, bills, invoices or other memoranda related thereto.

In particular, Plaintiff has not produced the documents requested above in connection with medical services rendered by Dr. Ruggiano, despite numerous inquiries to Plaintiff's counsel regarding production of these documents. Plaintiff's counsel have indicated that Dr. Ruggiano has retired, and they are not able to obtain the records. Defendants assert that that response in inadequate.

Referred to U.S.M.J. Almond
[ ] for findings & recommendation
[x] for determination
[ ] ____________
William E. Smith, U.S. District Judge
Date 1/24/06