UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA :
:
v. : C.A. No: 04-310(S)
:
SOUTHERN UNION COMPANY and :
NEWENGLAND GAS COMPANY :

**ENTRY OF APPEARANCE**

Undersigned counsel hereby enters her appearance in the above-captioned action on behalf of the Plaintiff, Carol Petrarca.

PLAINTIFF CAROL PETRARCA
By her Attorney,

N.K. Clapham

Noelle K. Clapham (5338)
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

**CERTIFICATION**

I hereby certify that on this 3rd day of February, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, RI 02903.

N.K. Clapham