UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA | : | |
| v. | : | C.A. No: 04-310(S) |
| SOUTHERN UNION COMPANY and NEWENGLAND GAS COMPANY | : | |

**MOTION FOR DISCOVERY EXTENSION**

Now comes undersigned Plaintiff's counsel and hereby moves for a five (5) month extension of time within which Plaintiff will be permitted to conduct discovery in the above-captioned action. As grounds for this motion, undersigned counsel states that she entered her appearance in the above-captioned action on behalf of the Plaintiff, Carol Petrarca simultaneously with this motion. Undersigned counsel has no prior involvement in this litigation. Withdrawal by prior counsel was unexpectedly necessary due to a conflict of interest. Discovery is presently scheduled to close on February 17, 2006. Plaintiff respectfully requests that discovery be extended to July 17, 2006.

Respectfully submitted,

PLAINTIFF CAROL PETRARCA
By her Attorney,

N. K. Clapham

Noelle K. Clapham (5338)
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

**CERTIFICATION**

I hereby certify that on this 3rd day of February, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Robert J. Crohan, Jr., Esquire, Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, RI 02903.

N.K. Clapham