UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff | ) | |
| vs. | ) | C.A. No.: 04-310S |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants | ) | |

2/6/06: GRANTED IN VIEW OF ENTRY OF APPEARANCE BY SUCCESSOR COUNSEL. (Doc. # 61).
USMJ

## MOTION TO WITHDRAW BY PLAINTIFF'S COUNSEL

NOW COMES the undersigned counsel and requests the Court's permission to withdraw as Plaintiff's counsel. As grounds therefore, the undersigned states the following.

As this Court is aware, Plaintiff's counsel filed a motion to withdraw in a related case, Horne v. Southern Union, C.A. No. 04-434S, on or about December 12, 2005. A hearing was held on that motion on December 28. Because of the attorney-client privilege, Plaintiff's counsel were unable to explain in detail the reasons for the withdrawal. The Court did not rule on the motion and subsequently entered an order directing Plaintiff's counsel to address a number of issues, including providing a more detailed basis for the withdrawal, by January 16. The Court has also scheduled a continued hearing on the Horn withdrawal on January 30.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 1/9/06