UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff, | : | |
| v. | : | C.A. No.: 04-310 S |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY, Defendants. | : | |

**DEFENDANTS' OBJECTION TO**
**PLAINTIFF'S MOTION FOR DISCOVERY EXTENSION**

Defendants Southern Union Co. et al. hereby object to Plaintiff's motion for a five-month discovery extension in the above-captioned matter. Although Defendants understand and agree that the circumstances regarding the replacement of Plaintiff's counsel require additional time, Defendants submit that the Plaintiff's proposed extension is too lengthy. Thus, Defendants request that discovery be extended for three months only, i.e., until June 17, 2006.[1]

Defendants' proposed three-month extension is appropriate considering the long delays to which this case has already been subjected, including numerous discovery extensions. Under Defendants' proposal, Plaintiff's counsel would still have in excess of four months in which to conduct further discovery and familiarize herself with the record already established. In any event, Defendants respectfully request that whatever the length of the extension granted by the Court in connection with the instant Motion, no further extensions be granted.

---

[1] Plaintiff's motion incorrectly states that discovery is currently scheduled to end on February 17, 2006. In fact, discovery is currently scheduled to end on March 17, 2006.

Respectfully submitted,

DEFENDANTS,
SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY

By their attorneys,

HOLLAND & KNIGHT LLP

Neal J McNa

Neal J. McNamara (#4249)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

Dated: February 8, 2006

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I served a true and accurate copy of the within document via regular mail, postage prepaid to:

Noelle K. Clapham
Attorney at Law
24 Salt Pond Rd., Suit 8-A
South Kingstown, RI 02879

Neal J McNa

# 3573952_v1