UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PETRARCA,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION COMPANY, et al,<br>Defendants. | C.A. No. 04-310S |

**WITHDRAWAL OF APPEARANCE**

Robert J. Crohan Jr. hereby withdraws his appearance as co-counsel for the Defendants in this action. Lead counsel Neal J. McNamara, Esquire, will continue to represent the Defendants.

Robert J. Crohan Jr.

Robert J. Crohan Jr., Esq. (#6516)
HOLLAND & KNIGHT LLP
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th of February, 2006 a copy of the foregoing was sent via facsimile and regular mail to:

Noelle Clapham, Esq.
24 Salt Pond Road, Suite A8
South Kingstown, RI 02879.

Michele Biagetti

3602671_v1