UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL A. PETRARCA,<br>Plaintiff,<br><br>v.<br><br>SOUTHERN UNION CO. AND<br>NEW ENGLAND GAS CO. | )<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-310 S |

**RE-SCHEDULED NOTICE OF DEPOSITION**

TO:

Noelle K. Clapham, Esq.
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on Wednesday, April 19, 2006 at 9:30 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 and continuing from day to day until completed, Defendants will take the deposition of ***Carol Petraraca*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

SOUTHERN UNION CO. and
NEW ENGLAND GAS CO.

By its attorneys,

Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: April 11, 2006

P133499.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing RE-SCHEDULED NOTICE OF DEPOSITION was served on Noelle Clapham, Esq., 24 Salt Pond Road, Suite 8-A, South Kingstown, RI 02879 by first class mail this 11th day of April, 2006.