UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA | : | |
| | : | |
| v. | : | C.A. No: 04-310(S) |
| | : | |
| SOUTHERN UNION COMPANY and | : | |
| NEWENGLAND GAS COMPANY | : | |

## ENTRY OF APPEARANCE

I, Stephen M. Robinson, hereby enter my appearance on behalf the Plaintiff, Carol Petrarca, in the above-captioned action.

PLAINTIFF CAROL PETRARCA
By her Attorney,

Stephen M. Robinson (2103)
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.