UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA,

Plaintiff,

v. C.A. No. 04-310S

SOUTHERN UNION COMPANY, et al,

Defendants.

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO ENLARGE**

Defendants Southern Union Company and New England Gas Company hereby object to plaintiff's Motion to Enlarge the time in which to complete discovery from May 31, 2006 to June 30, 2006. Plaintiff had previously moved, on February 3, 2006, for a five month extension of time, from February 17, 2006 until July 17, 2006. That motion was made immediately after plaintiff's counsel, Noelle Clapham, entered her appearance on February 1, 2006. The Court denied plaintiff's motion, granted an extension until May 31, 2006, and noted that "There will be no further extensions."

Plaintiff argues that an extension is warranted here because, first, defendants have received a two week extension of time to file a dispositive motion, to June 30, 2006. That extension has absolutely no bearing on whether an extension of the time for discovery is warranted. Indeed, an extension of discovery would necessitate an additional extension of time to file a dispositive motion. Second, plaintiff argues that new counsel needs time to familiarize herself with the case. Plaintiff has recently had two additional counsel enter their appearances, both of whom should have been aware that the Court had indicated there would be no further extensions beyond May 31. Moreover, Attorney Clapham has been in the case since February 1,

2006 and is able to bring new counsel up to speed. Finally, counsel argues that this is a particularly complex sexual harassment matter. In fact, this is not a particularly complex matter, and, more importantly, has been pending in this Court for approximately two years.

For those reasons, defendants respectfully request that the Court deny plaintiff's motion.

DEFENDANTS,

SOUTHERN UNION COMPANY AND
NEW ENGLAND GAS COMPANY,
By its attorneys,

NIXON PEABODY LLP

Neal J. McNamara #4249
Matthew J. Frankel #7293
One Citizens Plaza – Suite 500
Providence, RI 02903
Tel. (401) 454-1000
Fax. (401) 454-1030

Dated: May 8, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via facsimile and first class mail, postage prepaid, a true and accurate copy of the within Notice of Deposition to Robert Savage, Esq., Savage & Savage, 156 Airport Road, Warwick, RI 02889 and Noelle K. Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and to Stephen M. Robinson, Esq., and Vicki J. Bejma, Esq., at the Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, RI 02903 on this 8 day of May, 2006.