FILED
MAY 05 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PETRARCA<br>v.<br>SOUTHERN UNION COMPANY and NEWENGLAND GAS COMPANY | C.A. No: 04-310(S) |

**MOTION TO ENLARGE TIME FOR DISCOVERY**

Now comes the Plaintiff, and moves for enlargement of time in which to conduct discovery to June 30, 2006. In support of her Motion, Plaintiff avers that: 1) Defendants' counsel has already received an extension to June 30, 2006 for the purposes of filing a motion for summary judgment; 2) Plaintiff has recently obtained new counsel, and that new counsel requires time to familiarize herself with the facts of this case; 3) the factual issues on this sexual harassment case are particularly complex, involving numerous witnesses and matters spanning back over twenty years. Accordingly, an extension of time is in the interests of justice, and will not result in prejudice to any party.

PLAINTIFF CAROL PETRARCA
By her Attorney,

Vicki J. Bejma (6498)
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

5/12/06: DENIED. JUDGE SMITH EXTENDED DISCOVERY ON 2/8/06 AND NOTED "THERE WILL BE NO FURTHER EXTENSIONS," PLAINTIFF PRESENTS NO COMPELLING REASON TO IGNORE THIS CLEAR DIRECTIVE.
USMJ

Referred to U.S.M.J.
Date 5/5/06