**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **v.** | : | **C.A. No: 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and NEWENGLAND GAS COMPANY** | : | |
| | : | |

**TO:** Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903.

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

**NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the deposition at THE LAW OFFICES OF STEPHEN M. ROBINSON on May 30, 2006 at 10:00 a.m of the following official, agent, or employee of Defendant New England Gas Company:

> The person with the most knowledge regarding the assets and net worth of Defendants Southern Union Company and New England Gas Company. The designation of this person shall be made in accordance with the provisions of Fed. R. Civ. P. 30(b)(6).

This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

In lieu of attendance, Defendant New England Gas Company may produce the items listed in Exhibit A, appended hereto.

Respectfully submitted,

Defendants,
By their attorney,

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
May 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

## EXHIBIT A

A statement from Defendant New England Gas Company specifying its current net worth broken down by category, e.g. cash, real estate, securities, personal property, accounts receivable, work-in progress, retirement accounts, annuities, mortgages held, insurance policies, etc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| v. | : | **C.A. No: 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and** | : | |
| **NEWENGLAND GAS COMPANY** | : | |

**TO:** Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903.

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

**NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the deposition at THE LAW OFFICES OF STEPHEN M. ROBINSON on May 30, 2006 at 2:00 p.m of the following official, agent, or employee of Defendant Southern Union Company:

> The person with the most knowledge regarding the assets and net worth of Defendants Southern Union Company and New England Gas Company. The designation of this person shall be made in accordance with the provisions of Fed. R. Civ. P. 30(b)(6).

This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

In lieu of attendance, Defendant Southern Union Company may produce the items listed in Exhibit A, appended hereto.

Respectfully submitted,

Defendants,
By their attorney,

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
May 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

**EXHIBIT A**

A statement from Defendant Southern Union Company specifying its current net worth broken down by category, e.g. cash, real estate, securities, personal property, accounts receivable, work-in progress, retirement accounts, annuities, mortgages held, insurance policies, etc.