AO 88 (11/91) Subpoena in a Civil Case

# United States District Court

DISTRICT OF Rhode Island

Carol Petrarca

V.

Southern Union Company, et al.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 04-310S

TO: RICHARD KALA

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| The Law Offices of Stephen M. Robinson<br>155 South Main St.,Suite 402, Providence, RI 02903 | ~~April~~ 24, 2006<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

At cur con atten ~~05/15/06~~ 5/22/06

| PLACE | DATE AND TIME |
|---|---|
| | Vincent Fuld ple contro |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Vicki J. Bejma Attorney for Plaintiff | 5/16/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

The Law Offices of Stephen M. Robinson 155 South Main Street Providence, RI 02903 331-6565

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)