UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA,<br>Plaintiff<br><br>v.<br><br>SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-310S |

**DEFENDANTS' MOTION**
**TO QUASH SUBPOENA AND AMENDED NOTICE OF DEPOSITION**

Pursuant to Federal Rules of Civil Procedure 26(b)(2) and 45(c), Defendants Southern Union Co. and New England Gas Co. hereby move to quash the subpoena *duces tecum* and Amended Notice of Deposition served by Plaintiff upon Royalynne Hourihan, purporting to schedule Ms. Hourihan's deposition for June 7, 2006. Defendants so move on the ground that Plaintiff seeks to engage in discovery beyond the deadline, May 31, 2006, set by this Court's order dated February 8, 2006, which was recently reaffirmed when this Court denied Plaintiff's motion to enlarge time for discovery. In support of this motion, Defendants submit the attached memorandum.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: June 1, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, first class mail, postage prepaid, a true and accurate copy of the within Defendants' Motion to Quash Subpoena and Amended Notice of Deposition to the following persons this 1st day of June, 2006.

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA,<br>Plaintiff | : | |
| v. | : | C.A. No. 04-310S |
| SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENA AND AMENDED NOTICE OF DEPOSITION**

Defendants Southern Union Co. and New England Gas Co. move to quash the subpoena *duces tecum*, attached as Exhibit A, and the Amended Notice of Deposition, attached as Exhibit B, served by Plaintiff upon Defendants' predecessor's former Vice President for Human Resources, Royalynne Hourihan. This Court has the power to quash a deposition notice through its general power to control discovery under Fed. R. Civ. P. 26(b)(2). See 7 Moore's Federal Practice § 30.50 (3d ed. 2005). This Court also has the power to quash a subpoena pursuant to Fed. R. Civ. P. 45(c).

Discovery closed on May 31, 2006. Plaintiff noticed Ms. Hourihan's deposition for June 7, 2006, some seven (7) days after the close of discovery. On February 8, 2006, after Plaintiff's current counsel entered her appearance, this Court extended the discovery deadline to May 31, 2006, stating: "There will be no further extensions." See Exhibit C, attached. On May 12, 2006, this Court denied Plaintiff's Motion to Enlarge Time for Discovery, reiterating Judge Smith's February 8 directive that no further extensions beyond May 31 be granted. See Exhibit D, attached.

Defendants' counsel, Attorney McNamara, had previously informed Plaintiff's counsel that he would be unable to attend depositions on May 23 and May 26. Despite this, on or about

May 17, Defendants received a copy of the subpoena and the original Notice of Deposition served on Ms. Hourihan, commanding her appearance for a deposition on May 26. See Exhibit E, attached. In an email exchange between Attorney McNamara and Attorney Clapham on May 19, Attorney McNamara offered to allow Plaintiff to take certain depositions on June 1 or 2 as an accommodation. See Exhibit F, attached. On May 24, Plaintiff deposed Richard Kala and Maureen Morancy in connection with this case. That day, Attorney McNamara and Plaintiff's counsel, Attorneys Clapham and Robinson, agreed that the deposition of Ms. Hourihan would go forward on June 1. However, on May 31, without any communication in the interim, Defendants' counsel received an Amended Notice of Deposition – signed by Attorney Bejma – purporting to schedule Ms. Hourihan's deposition for June 7. See Exhibit B. After receiving the Amended Notice of Deposition, Attorney McNamara communicated his opposition to the June 7 date to Attorney Clapham during the afternoon of May 31. At approximately 7:30 p.m. on May 31, Attorney Clapham sent Attorney McNamara an email stating that the deposition would instead go forward on June 2, despite the fact that Attorney McNamara had cleared his June 1 schedule as agreed for the purpose of Ms. Hourihan's deposition[1] and would not be available on June 2. No additional subpoena, or amended notice of a June 2 deposition, has been served on Ms. Hourihan.

This Court should quash both the subpoena and Amended Notice of Deposition directed toward Ms. Hourihan. Plaintiff is attempting to conduct discovery that plainly violates this Court's order closing discovery on May 31. An order quashing Plaintiff's time-barred discovery requests is appropriate under Fed. R. Civ. P. 26(b)(2) since Plaintiff "has had ample opportunity

[1] As noted in Defendants' simultaneously filed Motion pertaining to the deposition of Alycia Goody, Ms. Goody was also scheduled to be deposed on June 1, and Attorney McNamara accordingly cleared his schedule for that whole day.

by discovery in the action to obtain the information sought." Plaintiff has been represented by her current counsel since early February 2006, and Plaintiff has not advanced any reason why this deposition could not have been noticed and conducted sooner. Defendants should not have to bear the burden of attending depositions beyond the close of discovery, or compensate for Plaintiff's co-counsel's lack of communication among themselves. Additionally, Defendants are in the process of preparing summary judgment materials, and will be prejudiced if Plaintiff is allowed to circumvent the discovery deadline and introduce record testimony at such a late date.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, first class mail, postage prepaid, a true and accurate copy of the within Defendants' Motion to Quash Subpoena and Amended Notice of Deposition to the following persons this 1st day of June, 2006.

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

# United States District Court

DISTRICT OF Rhode Island

Carol Petrarca

V.

Southern Union Company, et al.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-310S

TO: ROYALYNNE HOURIHAN
15 Hunnewell Ave
Brighton MA

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| The Law Offices of Stephen M. Robinson<br>155 South Main St.,Suite 402, Providence, RI 02903 | ~~April~~ MAY 26, 2006<br>2:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Vicki J. Bejma [signature] Attorney for Plaintiff | 5/16/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

The Law Offices of Stephen M. Robinson 155 South Main Street Providence, RI 02903 331-6565

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL PETRARCA :
:
v. : C.A. No: 04-310(S)
:
SOUTHERN UNION COMPANY and :
NEWENGLAND GAS COMPANY :

TO: Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903.

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

**AMENDED NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the deposition of ROYALYNNE HOURIHAN at THE LAW OFFICES OF STEPHEN M. ROBINSON on June 7, 2006 at 11:00 a.m. This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully submitted,
Defendants,
By their attorney,

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
May 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30 day of May, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

Maureen Luzzi

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA :
v. : C.A. No: 04-310(S)
SOUTHERN UNION COMPANY and :
NEWENGLAND GAS COMPANY :

**MOTION FOR DISCOVERY EXTENSION**

Now comes undersigned Plaintiff's counsel and hereby moves for a five (5) month extension of time within which Plaintiff will be permitted to conduct discovery in the above-captioned action. As grounds for this motion, undersigned counsel states that she entered her appearance in the above-captioned action on behalf of the Plaintiff, Carol Petrarca simultaneously with this motion. Undersigned counsel has no prior involvement in this litigation. Withdrawal by prior counsel was unexpectedly necessary due to a conflict of interest. Discovery is presently scheduled to close on February 17, 2006. Plaintiff respectfully requests that discovery be extended to July 17, 2006.

Respectfully submitted,

PLAINTIFF CAROL PETRARCA
By her Attorney,

N. K. Clapham

Noelle K. Clapham (5338)
Attorney at Law
24 Salt Pond Road, Suite A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

Discovery Closing will be extended to May 31 2006. There will be no further extensions

USDJ
2/8/06

FILED MAY 05 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA | : | |
| v. | : | C.A. No: 04-310(S) |
| SOUTHERN UNION COMPANY and NEWENGLAND GAS COMPANY | : | |

**MOTION TO ENLARGE TIME FOR DISCOVERY**

Now comes the Plaintiff, and moves for enlargement of time in which to conduct discovery to June 30, 2006. In support of her Motion, Plaintiff avers that: 1) Defendants' counsel has already received an extension to June 30, 2006 for the purposes of filing a motion for summary judgment; 2) Plaintiff has recently obtained new counsel, and that new counsel requires time to familiarize herself with the facts of this case; 3) the factual issues on this sexual harassment case are particularly complex, involving numerous witnesses and matters spanning back over twenty years. Accordingly, an extension of time is in the interests of justice, and will not result in prejudice to any party.

PLAINTIFF CAROL PETRARCA
By her Attorney,

Vicki J. Bejma (6498)
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

DENIED. JUDGE ... EXTENDED DISCOVERY ON 2/8/06 AND NOTED THERE WILL BE NO FURTHER EXTENSIONS. PLAINTIFF PRESENTS NO COMPELLING REASON TO IGNORE THIS CLEAR DIRECTIVE.
[illegible signature] USMJ

Referred to U.S.M.J. ...
for findings & recommendations or determination.
William E. Smith, U.S. District Judge
Date: 5/5/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL PETRARCA :
:
v. : C.A. No: 04-310(S)
:
SOUTHERN UNION COMPANY and :
NEWENGLAND GAS COMPANY :

**TO:** Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903.

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

Please be advised that the defendants will take the deposition of ROYALYNNE HOURIHAN at THE LAW OFFICES OF STEPHEN M. ROBINSON on ~~April~~ May 26, 2006 at 2:00 p.m. This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully submitted,
Defendants,
By their attorney,

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
May 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

**Frankel, Matthew**

---

**From:** McNamara, Neal

**Sent:** Wednesday, May 31, 2006 5:10 PM

**To:** Frankel, Matthew

**Subject:** FW: Discovery

-----Original Message-----
**From:** McNamara, Neal
**Sent:** Friday, May 19, 2006 11:14 AM
**To:** 'Noelle Clapham'
**Subject:** RE: Discovery

I will accept for Kala. the 29th is Memorial Day, so that won't work. the 31st is fine foe me. If for any reason it is not good for Hourihan or Goody, I will agree that you can take the depsoitions in the first couple of days of June. I will also accept service for Cardin and Alderman. You can do them on June 1 or 2.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Friday, May 19, 2006 11:01 AM
**To:** McNamara, Neal
**Subject:** Re: Discovery

Thanks for your help trying to contact Goody. I have not been successful either. I did tag Maureen Morancey. I have had some difficulty tagging Richard Kala. They are both noticed for 5/24. Can you agree to accept service for Kala or arrange a time for my contable to serve him? I realized after the notices were issued that the 26th was one of your 2 bad days. I haven't tagged Goody yet, and if I do then I will try to move her to the 29th or 31st. I would also like a couple quick depos from Paul Cardin and Barbara Alderman. Do you want me to tag them or just notice them through you? I'm not in the office today so the best way to reach me is through email or on my cell 255-9321. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** CLAPHAMLAW
**Sent:** Wednesday, May 17, 2006 12:32 PM
**Subject:** RE: Discovery

I apologize. I will get them to you ASAP. Did you get my message re the depositions? I have not heard back from Goody.

-----Original Message-----
**From:** CLAPHAMLAW [mailto:CLAPHAMLAW@VERIZON.NET]
**Sent:** Wednesday, May 17, 2006 12:23 PM
**To:** McNamara, Neal
**Subject:** Discovery

Neal, Pursuant to the Court's 2/8/06 Order we were expecting supplemental discovery responses with respect to the Petrarca matter. I have never received the supplemental responses. If you forwarded them to me I did not receive them. Could you please send me another copy? If you have not forwarded them, please let me know so that I can file an appropriate motion. Noelle Clapham