UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA | : | |
| | : | |
| v. | : | C.A. No. 04-310S |
| | : | |
| SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination are Defendants' Motions to Quash Subpoenas for the depositions of Royalynne Hourihan and Alycia Goody (Document Nos. 89 and 90), and Plaintiff's Motion to Compel the Attendance of D'Anna Soenghe at a deposition. (Document No. 93). 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A telephone conference was held on June 6, 2006. For the reasons stated by the Court during the telephone conference, the pending motions are resolved as follows:

1. Defendants' Motions to Quash (Document Nos. 89 and 90) are DENIED and Plaintiff's Motion to Compel (Document No. 93) is GRANTED. Plaintiff may conduct the depositions of Ms. Hourihan, Ms. Goody and Ms. Soenghe on or before June 23, 2006. The parties shall confer in good faith to schedule these depositions at mutually agreeable dates and times. During the telephone conference, Plaintiff's counsel represented to the Court that no additional depositions needed to be taken by Plaintiff, and none will be permitted.

2. The discovery deadline remains May 31, 2006 with the exception of conducting the three depositions referenced in paragraph 1 which were, in any event, noticed prior to May 31, 2006. However, in view of the accommodation granted to Plaintiff's counsel in scheduling these depositions and Defendants' counsel's representation that he is in the process of preparing a

dispositive motion, the dispositive motion deadline is extended until July 21, 2006. Pretrial memoranda are due thirty (30) days after a decision on any dispositive motions, or if no dispositive motions are filed, by August 18, 2006.

LINCOLN D. ALMOND
United States Magistrate Judge
June 6, 2006