**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **v.** | : | **C.A. No: 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and** | : | |
| **NEWENGLAND GAS COMPANY** | : | |

**TO:** Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903.

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

**AMENDED NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the deposition of ALICIA GOODY at THE LAW OFFICES OF STEPHEN M. ROBINSON on June 22, 2006 at 2:30 p.m. This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully submitted,
Defendants,
By their attorney,

Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
June 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of June, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

/ Maureen Gugari

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **v.** | : | **C.A. No: 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and** | : | |
| **NEWENGLAND GAS COMPANY** | : | |

**TO:** Neal J. McNamara, Esq.
Matthew J. Frankel, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903.

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920-4296

**AMENDED NOTICE OF DEPOSITION**

Please be advised that the Plaintiff will take the deposition of ROYALYNNE HOURIHAN at THE LAW OFFICES OF STEPHEN M. ROBINSON on June 22, 2006 at 11:00 a.m. This deposition will be recorded by stenographic methods. You are hereby invited to attend and take such part therein as you deem proper.

Respectfully submitted,
Defendants,
By their attorney,

Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
June 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of June, 2006, a true and complete copy of the foregoing was mailed first class postage prepaid to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.