**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **V.** | : | **C.A. No. 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and** | : | |
| **NEW ENGLAND GAS COMPANY** | : | |

**PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND/OR TO ENLARGE TIME TO TAKE DEPOSITION**

Now comes the Plaintiff, and hereby moves to 1) compel the attendance of Royalynne Hourihan and Alicia Goody at deposition and/or 2) enlarge the discovery deadline, currently set for June 23, 2006, in order to permit the depositions of Royalynne Hourihan and Alicia Goody at a time when they will be available. In support of her motion, Plaintiff relies upon the attached Memorandum of Law.

Plaintiff,
Carol Petrarca,
By her attorneys,

Vicki J. Bejma (6498)
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

Noelle K. Clapham (5338)
24 Salt Pond Road A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this ~~31st~~ 14 day of ~~May~~ June, 2006, a true and complete copy of the foregoing was delivered by regular Mail to counsel of record for Defendants: Neil J. McNamara, Esq. and Matthew J. Frankel, Esq., Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

[signature]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **V.** | : | **C.A. No. 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and** | : | |
| **NEW ENGLAND GAS COMPANY** | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND/OR TO ENLARGE TIME TO TAKE DEPOSITION**

This matter returns to this Honorable Court in regards to the Plaintiff's efforts to take the depositions of Royalynne Hourihan and Alicia Goody. The Plaintiff has taken this action against the Defendants, her former employers, alleging that she had been subjected to sexual harassment, discrimination, and retaliation. Ms. Hourihan was the Vice-President of Human Resources during the period in which Plaintiff was employed by Defendants. Ms. Goody was legal counsel to the Defendants during Plaintiff's employment. Both had witnessed key events regarding the Plaintiff's claims.

As we described in our June 2, 2006 memorandum regarding the Hourihan and Goody depositions, these depositions were originally scheduled for May 26, 2006. Lead counsel for the Defendants (who allegedly also represents Ms. Hourihan and Ms. Goody) was unavailable on that date. After some discussions, the Defendants' counsel agreed to schedule the depositions after the deadline for discovery, that is, May 31, 2006. However, Defendants' counsel later objected to the scheduling of the depositions on June 8, 2006, and filed a motion to quash. Plaintiff, in turn, filed a motion to compel attendance. After telephone conference on June 6, 2006, this Court ordered that the discovery deadline would be extended to June 23, 2006 for the

purposes of the Hourihan and Goody depositions.[1] Although these depositions had been scheduled by Plaintiffs for June 8, 2006, the Defendants' counsel was not available for that date. Therefore, the parties were also directed to schedule these depositions at mutually agreeable dates and times.

Unfortunately, this motion failed to completely resolve the dispute regarding the Hourihan and Goody depositions. In accordance with the Court's instructions, Plaintiff's counsel immediately attempted to schedule these depositions via e-mail on June 6, 2006. (Exhibit A and B.) By return e-mail of June 6, 2006 at 4:02 p.m., Defendant indicated that Hourihan would be available on June 15, 2006, and that he was waiting to hear from Goody. (Exhibit B.) Several minutes later, Defendants' counsel e-mailed Plaintiff's counsel and indicated that Hourihan wished that Plaintiff's counsel only communicate with Hourihan through Defendants' counsel. As described in the reply e-mail from Plaintiff's counsel, previously, Hourihan had directly contacted Plaintiff's counsel. However, Plaintiff's counsel acceded to this request. (Exhibit C.) Plaintiff's counsel did notice Hourihan's deposition for June 15, 2006.

Plaintiff was still left without a date to depose Goody. Defendants' counsel, by e-mail dated June 7, 2006, indicated that Goody would not be available until after July 10, 2006. Goody would be going to Dubai and Qatar for the next few weeks on a business trip, and then going on her honeymoon in Paris and London for the following two weeks. (Exhibit C.) This would put Goody's deposition after the June 23, 2006 deadline. The Plaintiff therefore inquired as to whether Goody could not possibly be deposed before her trips. Plaintiff offered several options to maximize her convenience, including, renting a conference room near Goody's place of employment, and holding the deposition in the evening hours. However, Defendant still

---

[1] Also at issue at the June 2, 2006 telephone conference was the deposition of D'Anna Soenghe, the present Vice-President for Human Resources. As of this writing, said deposition is scheduled for June 15, 2006.

maintained that Goody could not be made available until July 14, 2006, and would only be available on July 14, 2006. (Exhibits C, D, and E.) Furthermore, Defendant then indicated that Hourihan could not be made available on June 15, 2006 after all because she had been diagnosed with adult onset asthma, and had a medical consultation that she could not change. Plaintiff inquired as to what dates Hourihan would be available after June 15, 2006. (Exhibit C.) To date, no response has been given.

Needless to say, this situation has left Plaintiff in a quandary. Plaintiff has no set date for Hourihan. Defendants' e-mail specifically indicated that he would not consent to Hourihan's deposition after June 23, 2006. (Exhibit C.) In absence of a commitment for a date when Hourihan would be available, Plaintiff has currently noticed the deposition for June 22, 2006, but has no guarantee as to whether Hourihan will be produced. As for Goody, Defendant has indicated that she will *only* be available on July 14, 2006, and flatly refuses to permit the deposition to take place on any later date, despite the fact the Plaintiff's counsel also has commitments on that date. (Exhibit C, D and E.)

Under the circumstances, it appears that the Defendants are failing to follow this Court's order to negotiate scheduling in good faith. Originally, the Defendants represented that June 15, 2006 would be acceptable for that deposition. Not only did the Defendants give the Plaintiffs bad information regarding the June 15, 2006 date, but have failed to promptly give dates that would fit around Hourihan's needs. Worse, Defendants have refused to give any accommodation should Hourihan be unavailable before June 23, 2006. Furthermore, Defendants have adopted a "take-it-or-leave-it" stance towards Goody's deposition. This is patently unreasonable. Under the circumstances, then, the Plaintiff should be given either an order

requiring the attendance of Hourihan and Goody's deposition on June 22, 2006, or the deadline to take the depositions should be extended.

Plaintiff,
Carol Petrarca,
By her attorneys,

Vicki J. Bejma (6498)
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

Noelle K. Clapham (5338)
24 Salt Pond Road A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of June, 2006, a true and complete copy of the foregoing was delivered by regular mail to counsel of record for Defendants: Neil J. McNamara, Esq. and Matthew J. Frankel, Esq., Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

## Noelle Clapham

**From:** "Noelle Clapham" <claphamlaw@verizon.net>
**To:** "McNamara, Neal " <nmcnamara@nixonpeabody.com>
**Sent:** Tuesday, June 06, 2006 3:24 PM
**Subject:** Re: Petrarca

Neal, Please advise me of convenient times when I can depose Goody, Hourihan and Songee. I would like to take Hourihan and Goody on the same day, because I expect Hourihan to be quick. Noelle
----- Original Message -----
From: "McNamara, Neal " <nmcnamara@nixonpeabody.com>
To: <claphamlaw@verizon.net>
Sent: Thursday, June 01, 2006 9:26 AM
Subject: RE: Petrarca

Noelle: I suggested June 1 or 2 in an email on May 19 for Goody/Hourihan, as an accommodation to you despite the fact that discovery closed on May 31. At the Kala/Morancy depositions we agreed on June 1 for Goody/Hourihan. I do not remember saying anything re the following week. In any event, as I have noted, we agreed on June 1. Vicki took June 1 off the table unilaterally when she sent deposition notices for June 7, which I received yesterday. I am not available tomorrow, nor could I have been expected to keep that day open. Our position is that discovery is over. Neal

-----Original Message-----
From: claphamlaw@verizon.net [mailto:claphamlaw@verizon.net]
Sent: Wednesday, May 31, 2006 7:23 PM
To: McNamara, Neal
Subject: Re: Petrarca

>From: "McNamara, Neal " <nmcnamara@nixonpeabody.com>
>Date: Wed May 31 16:53:59 CDT 2006
>To: Noelle Clapham <claphamlaw@verizon.net>
>Subject: Petrarca

Okay. Please keep trying. I will depose both her and Royalynne anytime tomorrow or Friday. I will call Royalynne tomorrow and explain the situation. You did state in your prior email that you would be willing to let these 2 depositions go forward on either 6/1 or 6/2. In addition, you did say after the Kala and Morancey depos that if it was more convenient for Goody and Hourihan to have the depos the following week that you would agree to do that, although you would rather have them this week. That is why Steve accomodated Houihan by scheduling her for 6/7. However, if you are firm in your position I will depose them anytime tomorrow or Friday. Noelle

>MessageNoelle: I have not been able to reach Alycia Goody. Neal

**CLAPHAMLAW**

**From:** "McNamara, Neal " <nmcnamara@nixonpeabody.com>
**To:** "Noelle Clapham" <claphamlaw@verizon.net>
**Sent:** Tuesday, June 06, 2006 4:02 PM
**Subject:** RE: Goody and Hourihan

Hourihan is available next Thursday afternoon, 6/15. I called Goody and am waiting to hear back from her.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Tuesday, June 06, 2006 4:53 PM
**To:** McNamara, Neal
**Subject:** Goody and Hourihan

Neal, I am assuming that you have been in touch with Goody and Hourihan about the motions with respect to their depositions and the fact that the depositions scheduled for tomorrow are off. If you need me to call them to let them know about the scheduling changes please forward their telephone numbers to me and I will make the calls. I will wait until the end of the week to get dates from you before rescheduling. Noelle

**CLAPHAMLAW**

**From:** "McNamara, Neal " <nmcnamara@nixonpeabody.com>
**To:** "Noelle Clapham" <claphamlaw@verizon.net>
**Sent:** Thursday, June 08, 2006 10:38 AM
**Subject:** RE: Goody and Hourihan

Goody just emailed. She is only available on July 14, in the afternoon. Also, Royalynne just called. She has been diagnosed with adult onset asthma and has a consultation that she cannot change on June 15. She is available on June 16, or during the following week. Give me dates, and I will find one that works for everyone.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Wednesday, June 07, 2006 10:53 AM
**To:** McNamara, Neal
**Subject:** Re: Goody and Hourihan

Okay. I am available July 10, 11 and 13. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** Noelle Clapham
**Sent:** Wednesday, June 07, 2006 10:46 AM
**Subject:** RE: Goody and Hourihan

I asked her and she said that it would be impossible to do it this week due to all the preparations she has to make for the trips and her wedding. I would have no objection to deposing her the week of July 10, but I will not agree to doing Hourihan and/or Soehnge after the June 23 date in Almond's Order. I will get a firm fate from Goody for that week before she goes.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Wednesday, June 07, 2006 10:40 AM
**To:** McNamara, Neal
**Subject:** Re: Goody and Hourihan

Good for her. What an exciting life she has. I have heard that the shopping in Dubai and Qatar is unbelievable and that the hotels are better than Vegas. I don't like Vegas at all, but the shopping seems like it could be a lot of fun. Anyway, I just thought we could get this all over with in one shot. If she truly has no time before she leaves then I guess we can do a stip to depose her in July as long as it is okay with the Judge. Is she sure that she can't squeeze it in before she goes? I really don't expect to be longer than a couple hours. Maybe we could offer her the option of renting a conf. room near her work if that would help her to just get it done. I could even do it in the evening if that helped her out. My nanny is off tomorrow and Fri so I'm home, but Steve or Vicki could depose her this week if she can do it. I just realized that I've been unintentionally spelling Soehnge's name wrong. I've got it now. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** CLAPHAMLAW
**Sent:** Wednesday, June 07, 2006 9:49 AM
**Subject:** RE: Goody and Hourihan

I am sure that it will not be a problem to have Soehnge and Hourihan on the same day. I have not heard back from Soehnge yet. However, Goody has just told me that she is in Dubai and Qatar for the next two weeks for work, and then is going on her honeymoon in Paris and London the following two weeks, bringing us to July 10. She will be available after that. I apologize for this. Although I was aware about her honeymoon, I was not aware of the business trip. Let me know what you want to do.

-----Original Message-----
**From:** CLAPHAMLAW [mailto:CLAPHAMLAW@VERIZON.NET]
**Sent:** Wednesday, June 07, 2006 9:12 AM
**To:** McNamara, Neal
**Subject:** Re: Goody and Hourihan

Because Hourihan called Steve's office and left her phone number with him, I thought that she was representing herself and that she was keeping in communication with us both. I left her a voice mail yesterday to make sure that she knew that she did not have to come down to RI today. I take it that you are representing her personally now too, so I will have no further communications with her. Next Thursday is fine, but I want to take all of these depositions on the same day. Thursday is actually the 15th. Whatever day we choose, I would like to depose Hourihan at 10:00 a.m., Goody at 11:30 and Songee at 2:30. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** Noelle Clapham
**Sent:** Tuesday, June 06, 2006 4:31 PM
**Subject:** RE: Goody and Hourihan

Ms. Hourihan just called me and asked that I tell you that all communications with her should go through me. Thanks.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Tuesday, June 06, 2006 4:53 PM
**To:** McNamara, Neal
**Subject:** Goody and Hourihan

Neal, I am assuming that you have been in touch with Goody and Hourihan about the motions with respect to their depositions and the fact that the depositions scheduled for tomorrow are off. If you need me to call them to let them know about the scheduling changes please forward their telephone numbers to me and I will make the calls. I will wait until the end of the week to get dates from you before rescheduling. Noelle

**CLAPHAMLAW**

**From:** "McNamara, Neal " <nmcnamara@nixonpeabody.com>
**To:** "Noelle Clapham" <claphamlaw@verizon.net>
**Sent:** Thursday, June 08, 2006 8:51 AM
**Subject:** RE: Goody and Hourihan

Hourihan and Soehnge are both available next Thursday afternoon, 6/15. From the sound of your previous emails, it appeared that you could do both in the afternoon.
I emailed Goody yesterday morning, and left a voice mail today, and asked her what days she is available the week of July 10. I have not yet heard back. I have no problem with the deposition taking place that week of July 10, but in view of the fact that our MSJ is due July 21, I will not agree to it taking place any later than July 14.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Wednesday, June 07, 2006 10:53 AM
**To:** McNamara, Neal
**Subject:** Re: Goody and Hourihan

Okay. I am available July 10, 11 and 13. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** Noelle Clapham
**Sent:** Wednesday, June 07, 2006 10:46 AM
**Subject:** RE: Goody and Hourihan

I asked her and she said that it would be impossible to do it this week due to all the preparations she has to make for the trips and her wedding. I would have no objection to deposing her the week of July 10, but I will not agree to doing Hourihan and/or Soehnge after the June 23 date in Almond's Order. I will get a firm fate from Goody for that week before she goes.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Wednesday, June 07, 2006 10:40 AM
**To:** McNamara, Neal
**Subject:** Re: Goody and Hourihan

Good for her. What an exciting life she has. I have heard that the shopping in Dubai and Qatar is unbelievable and that the hotels are better than Vegas. I don't like Vegas at all, but the shopping seems like it could be a lot of fun. Anyway, I just thought we could get this all over with in one shot. If she truly has no time before she leaves then I guess we can do a stip to depose her in July as long as it is okay with the Judge. Is she sure that she can't squeeze it in before she goes? I really don't expect to be longer than a couple hours. Maybe we could offer her the option of renting a conf. room near her work if that would help her to just get it done. I could even do it in the evening if that helped her out. My nanny is off tomorrow and Fri so I'm home, but Steve or Vicki could depose her this week if she can do it. I just realized that I've been unintentionally spelling Soehnge's name wrong. I've got it now. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** CLAPHAMLAW
**Sent:** Wednesday, June 07, 2006 9:49 AM
**Subject:** RE: Goody and Hourihan

I am sure that it will not be a problem to have Soehnge and Hourihan on the same day. I have not heard back from Soehnge yet. However, Goody has just told me that she is in Dubai and Qatar for the next two weeks for work, and then is going on her honeymoon in Paris and London the following two weeks, bringing us to July 10. She will be available after that. I apologize for this. Although I was aware about

**CLAPHAMLAW**

**From:** "McNamara, Neal " <nmcnamara@nixonpeabody.com>
**To:** "Noelle Clapham" <claphamlaw@verizon.net>
**Sent:** Friday, June 09, 2006 11:31 AM
**Subject:** Hourihan, Soehnge

Noelle: Got the deposition notices for the above for June 15. As I mentioned earlier, Hourihan is not available that day because of a doctor's appointment, but is available any time the next week. If you want to do both Soehnge and Hourihan on the same day, please give me a couple of days and I will check for Soehnge's availability. Neal

NIXON PEABODY LLP
ATTORNEYS AT LAW

Neal J. McNamara
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Office: 401.454.1019
Fax: 401.454.1030
nmcnamara@nixonpeabody.com
www.nixonpeabody.com

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

**Noelle Clapham**

**From:** "McNamara, Neal " <nmcnamara@nixonpeabody.com>
**To:** "CLAPHAMLAW" <CLAPHAMLAW@VERIZON.NET>
**Sent:** Tuesday, June 13, 2006 9:22 AM
**Subject:** RE: Depositions

I am very sorry, but that is the only date that she has. Is the program all day?

-----Original Message-----
**From:** CLAPHAMLAW [mailto:CLAPHAMLAW@VERIZON.NET]
**Sent:** Monday, June 12, 2006 5:40 PM
**To:** McNamara, Neal
**Subject:** Re: Depositions

I already committed to take my little boy to a program at the RI Children's Museum on Friday, July 14. Can you get me a few dates? Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** Noelle Clapham
**Sent:** Monday, June 12, 2006 3:14 PM
**Subject:** RE: Depositions

Goody is only available on July 14, as I previously indicated. You can file a motion indicating my assent. Regarding Hourihan, I will find out when she is available next week.

-----Original Message-----
**From:** Noelle Clapham [mailto:claphamlaw@verizon.net]
**Sent:** Monday, June 12, 2006 2:54 PM
**To:** McNamara, Neal
**Subject:** Re: Depositions

Neal I have been out of the office since last Wed. afternoon, and I had family court this morning. We would like to proceed to take what depos we can as quickly as possible. I would like to keep Soehnge on for Thurs. and if Hourihan is not going to appear on Thurs. then I'd like to depose her next Wed. or Thurs. Regarding Goody, I would like to finalize a date for her depo now and then request Judge Almond's approval to depose her after the 23rd. Noelle

----- Original Message -----
**From:** McNamara, Neal
**To:** Noelle Clapham
**Sent:** Monday, June 12, 2006 2:31 PM
**Subject:** Depositions

Noelle: Please contact me regarding the emails that I sent last week on the Goody, Hourihan and Soehnge depositions. Neal

Neal J. McNamara
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Office: 401.454.1019