UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff | : | |
| v. | : | C.A. No. 04-310S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' OBJECTION TO**
**PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

Defendants Southern Union Co. and New England Gas Co. hereby object to Plaintiff's Motion to Compel Attendance at Deposition and/or To Enlarge Time to Take Deposition. Plaintiff's motion is unnecessary and needlessly involves the Court in minor scheduling issues that have, by and large, been resolved. In support of this objection, Defendants submit the attached memorandum.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, first class mail, postage prepaid, a true and accurate copy of the within Defendants' Objection to Plaintiff's Motion to Compel Attendance at Deposition to the following persons this 19th day of June, 2006.

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA,<br>Plaintiff<br><br>v.<br><br>SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-310S |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

Plaintiff requests that this Court order the attendance of Alycia Goody, D'Anna Soehnge, and Royalynne Hourihan at their respective depositions. Defendants submit that Plaintiff's motion is unnecessary because the scheduling issues have, by and large, been resolved, and that any remaining issues should and could have been resolved without involving the Court.

Ms. Soehnge's deposition was originally taken, but not completed, on June 15, 2006. It is scheduled to be completed this afternoon, June 19, 2006.

Ms. Hourihan's deposition has been noticed for the morning of June 22, 2006. Ms. Hourihan recently telephoned Defendants' counsel and confirmed that she would be available during the afternoon of June 22. Defendants' counsel has informed Plaintiff's counsel of Ms. Hourihan's availability, and Plaintiff's counsel, Attorney Clapham, previously indicated that she would be available all day on June 22. Defendants see no reason why the deposition cannot go forward on that date.

Ms. Goody, as Defendants' counsel has previously indicated to opposing counsel and the Court, is currently out of the country. She is returning on July 10, 2006. She has indicated that she will be available for a deposition on July 14, 2006. Attorney Clapham indicated that she had a family commitment that precludes her from taking Ms. Goody's deposition on July 14. Given

Ms. Goody's justifiable and total unavailability before that date and the approaching summary judgment due date, Defendants see no reason why one of the other attorneys who have entered their appearance in this case – Attorneys Robinson or Bejma – cannot conduct the deposition on July 14.

For the foregoing reasons, Defendants respectfully request that this Court deny Plaintiff's Motion to Compel Attendance at Deposition.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, first class mail, postage prepaid, a true and accurate copy of the within Defendants' Memorandum in Support of Objection to Plaintiff's Motion to Compel Attendance at Deposition to the following persons this 19th day of June, 2006.

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903