UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

6/22/06: GRANTED FOR THE REASONS STATED AT TODAY'S HEARING.
LDA USMJ

CAROL PETRARCA,
Plaintiff

v.

SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.,
Defendants.

C.A. No. 04-310S

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants Southern Union Co. and New England Gas Co. hereby move for a protective order quashing Plaintiff's Requests for Admissions propounded to Defendants pursuant to Fed. R. Civ. P. 36. Defendants were served with Plaintiff's **five hundred and four** (504) Requests – covering an incredibly wide range of topics, both material and immaterial to this case – at 4:30 p.m. on May 31, 2006, the date that discovery closed. A protective order should issue on the grounds that Plaintiff's Requests (1) are oppressive, unduly burdensome, and calculated to harass Defendants; (2) violate the discovery deadline; and (3) will otherwise prejudice Defendants. In support of this Motion, Defendants submit the attached Memorandum.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, District Judge
Date: 6/7/06

Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

10021456.1

97