UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CAROL PETRARCA

v. C.A. No. 04-310(S)

SOUTHERN UNION COMPANY and
NEW ENGLAND GAS COMPANY

FILED
JUN 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION TO COMPEL ATTENDANCE AT DEPOSITION AND/OR TO ENLARGE TIME TO TAKE DEPOSITION**

Now comes the Plaintiff, and hereby moves to 1) compel the attendance of Royalynne Hourihan and Alicia Goody at deposition and/or 2) enlarge the discovery deadline, currently set for June 23, 2006, in order to permit the depositions of Royalynne Hourihan and Alicia Goody at a time when they will be available. In support of her motion, Plaintiff relies upon the attached Memorandum of Law.

6/22/06: DENIED AS MOOT IN VIEW OF THE PARTIES' AGREEMENT TO CONDUCT HOURIHAN'S DEPOSITION TODAY AND GOODY'S ON JULY 14, 2006. USMJ

Plaintiff,
Carol Petrarca,
By her attorneys,

Vicki J. Bejma (6498)
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

Noelle K. Clapham (5338)
24 Salt Pond Road A-8
South Kingstown, RI 02879
(401) 783-3600
(401) 783-3670 (fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ______________
William E. Smith, District Judge
Date: 6/15/06



100