FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA | : | |
| v. | : | C.A. No: 04-310(S) |
| SOUTHERN UNION COMPANY and NEWENGLAND GAS COMPANY | : | |

6/22/06: DENIED FOR THE REASONS STATED AT TODAY'S HEARING.
USMJ

**PLAINTIFF'S MOTION TO COMPEL**

Now comes the Plaintiff, and moves for an order compelling Defendants to respond to her Requests for Admissions. In support of her Motion, Plaintiff relies upon the attached Memorandum of Law, attached hereto and made a part hereof.

PLAINTIFF CAROL PETRARCA
By her Attorney,

Vicki J. Bejma (6498)
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

**CERTIFICATION**

I hereby certify that pursuant to Fed. R. Civ. P. 26(c) a good faith attempt was made to resolve this dispute prior to seeking Court action.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☐ for determination
☐ ________________
William E. Smith, District Judge
Date: 6/19/06



101