UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA | : | |
| | : | |
| v. | : | C.A. No: 04-310(S) |
| | : | |
| SOUTHERN UNION COMPANY and NEWENGLAND GAS COMPANY | : | |

**MOTION TO ENLARGE TIME TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM**

Now comes the Plaintiff, and moves for enlargement of time in which to file her objection to Defendants' motion for summary judgment and supporting memorandum to August 18, 2006. In support of her Motion, Plaintiff avers that: 1) given the complexity of this matter, Plaintiff requires additional time to conduct research of the legal issues on this case and collect supporting affidavits, particularly in light of vacation schedule of witnesses, parties, and the attorneys, and the press of other business; 3) no trial date has yet been set for this matter; 4) Defendants' counsel has received other extensions of deadlines in the past; 5) Defendants' counsel has filed a motion for court excusal, and would in any case likely require an extension of time to file a reply memorandum to Plaintiff's objection and supporting memorandum. Accordingly, an extension of time is in the interests of justice, and will not result in prejudice to any party.

PLAINTIFF CAROL PETRARCA
By her Attorney,

/s

Stephen M. Robinson (2103)
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903
(401) 331-6565
(401) 331-7888 (fax)

**GRANTED**
W/Smith
William E. Smith
U.S. District Judge
8/3/06