UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff | : | |
| v. | : | C.A. No. 04-310S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6 and Local Rule cv. 7, Defendants Southern Union Co. and New England Gas Co. hereby move to extend time to file their reply memorandum in connection with their motion for summary judgment.

Defendants filed their motion for summary judgment and supporting materials on July 21, 2006. After moving for, and receiving, a two-week extension to file her response, Plaintiff filed her objection to Defendants' motion for summary judgment and supporting materials on August 18, 2006. Therefore, as the matter currently stands, Defendants' reply memorandum would be due on September 1, 2006. Defendants request a two-week extension, i.e., to September 15, 2006.

Defendants submit that the extension will serve the interests of justice because (1) it will allow them to narrow the issues of fact and law necessary for this Court's determination of the summary judgment motion; (2) Attorneys Frankel and McNamara are court-excused for vacation through August 25 and August 30 respectively, making it extremely difficult to file a meaningful response before the due date; and (3) Plaintiff was granted two extra weeks to prepare her objection and supporting materials.

For these reasons, Defendants respectfully request that this Court grant their motion to extend time to file their reply memorandum to September 15, 2006.

Respectfully submitted,
DEFENDANTS SOUTHERN UNION CO.
& NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

/s/Matthew J. Frankel
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: August 24, 2006

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within Motion to Extend Time via regular mail, postage prepaid to the following persons this 24th day of August, 2006.

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/Matthew J. Frankel