UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Carol Petrarca
Plaintiff

V. CA04-310S

Southern Union Co. and
New England Gas Co.
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 3, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Defendant's Motion for Summary Judgment is GRANTED in limited part as specified in the Report and Recommendation regarding Count II and is DENIED as to all other counts.

BY ORDER:

Wendy Seib
DEPUTY CLERK

ENTER:

WESmm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 2/15/07