UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff | : | |
| v. | : | C.A. No. 04-310S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**MOTION TO EXTEND TIME**
**BY RESCHEDULING CASE FOR MAY 2007 TRIAL CALENDAR**

Defendants Southern Union Co. and New England Gas Co. hereby move to remove the above-captioned case from the April 2007 trial calendar and to place the case on the trial calendar for May 2007. In support of this motion, Defendants submit that:

1. A settlement conference has been scheduled in this matter for March 8, 2007;

2. At the February 15, 2007, hearing on Defendant's objection to the Report and Recommendation regarding summary judgment, Judge Smith indicated that pretrial memoranda in this matter would be due one month after the settlement conference, i.e., April 8, 2007;

3. Despite this, Defense counsel received notice on or about February 28, 2007, that a calendar call hearing in this matter had been scheduled for March 20, 2007;

4. Defense counsel also received a trial notice on or about March 1, 2007, stating that counsel should be on 48 hour notice commencing April 3, 2007;

5. Given the April 8, 2007, due date for pretrial memoranda, and given that, in the absence of settlement, the trial will cover approximately 12 years of plaintiff's employment and three separate legal claims under Title VII, placement of this matter on the May 2007 trial calendar will allow the parties to prepare fully their respective cases;

6. No party will be prejudiced by this delay; and

7. Plaintiff's counsel has consented to placing this matter on the May 2007 calendar.

For these reasons, Defendants respectfully request that this matter be removed from the April 2007 trial calendar and placed on the May 2007 trial calendar, and that the calendar call and trial ready date be rescheduled accordingly.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 2, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within document to the following persons this 2d day of March, 2007.

Via Regular Mail, Postage Prepaid

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Via Regular Mail, Postage Prepaid

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/ Neal J. McNamara