UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff, | : | |
| v. | : | C.A. No. 04-310-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' OBJECTION TO MOTION TO AMEND**

Defendants Southern Union Co. and New England Gas Co. hereby object to Plaintiff's Motion to Amend to include both National Grid USA and Narragansett Electric Company as defendants. As grounds for their Objection, Defendants state that, as even plaintiff stated in her Motion, Narragansett Electric Company, and not National Grid USA, acquired the assets of New England Gas. Therefore, defendants object to amending the Complaint to include National Grid USA as a defendant, but do not object to including Narragansett Electric Company as a defendant. Defendants rely on the accompanying Memorandum of Law in support of their Objection.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.
By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 19, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I mailed a true and accurate copy of the within Objection via regular mail, postage prepaid to Noelle Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and to Stephen M. Robinson, Esq., Vicki J. Bejma, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, Ro 02903 on this 19th day of March 2007.

/s/ Neal J. McNamara

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff, | : | |
| v. | : | C.A. No. 04-310-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION TO AMEND**

Plaintiff has moved to amend her Complaint in this matter to reflect a change in corporate ownership. Defendants object only to the addition of National Grid USA as a defendant, and not to the addition of Narragansett Electric Company. As plaintiff noted in her Memorandum in support of her Motion, the Rhode Island Public Utilities Commission approved a purchase and sale agreement between Southern Union and National Grid USA for the assets of New England Gas Company. According to a decision of the Rhode Island Public Utilities Commission, cited by plaintiff, The Narragansett Electric Company, a subsidiary of National Grid USA, is the entity that acquired the assets of New England Gas, not National Grid USA. Accordingly, defendants do not object to amendment of the Complaint to include Narragansett Electric Company as a defendant. However, based on the fact that National Grid USA did not acquire the assets of New England Gas, defendants object to the addition of National Grid USA as a defendant, as it is not a proper party.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,

NIXON PEABODY LLP

/s/ Neal J. McNamara________
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 19, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I mailed a true and accurate copy of the within Memorandum of Law in Support of its Objection to Motion to Amend via regular mail, postage prepaid to Noelle Clapham, Esq., 24 Salt Pond Road, Suite A8, South Kingstown, RI 02879 and to Stephen M. Robinson, Esq., Vicki J. Bejma, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Providence, Ro 02903 on this 19th day of March 2007.

/s/ Neal J. McNamara