UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff | : | |
| v. | : | C.A. No. 04-310S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' OBJECTION TO**
**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**

Defendants Southern Union Co. and New England Gas Co. hereby object to Plaintiff's Motion for Protective Order and to Quash Subpoena. Plaintiff has failed to supplement her responses to certain of Defendants' First and Second Requests for Production of Documents as required by Fed. R. Civ. P. 26(e). Thus, with trial fast approaching, Defendants were forced to attempt to acquire requested medical records from the providers themselves via subpoenas. In any event, Plaintiff is obligated the furnish the requested records. In support of this objection, Defendants submit the attached memorandum. Defendants also rely on and hereby incorporate their contemporaneously-filed Motion to Compel Plaintiff to Provide Supplemental Discovery Responses.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 27, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within document to the following persons this 27th day of March, 2007.

Via Regular Mail, Postage Prepaid

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Via Regular Mail, Postage Prepaid

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/ Neal J. McNamara

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA,<br>Plaintiff | : | |
| v. | : | C.A. No. 04-310S |
| SOUTHERN UNION CO. &<br>NEW ENGLAND GAS CO.,<br>Defendants. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**

Instead of simply providing Defendants with the long-sought medical records that underlie the subpoenas at issue, Plaintiff has chosen to require the Court's intervention in what should be an eminently resolvable matter. Defendants' First and Second Requests for Production of Documents sought, inter alia, certain records from Plaintiff's medical providers that are undisputedly relevant to Plaintiff's claims and discoverable. These requests for documents were issued on or about January 27, 2005 and August 19, 2005, respectively.

Despite repeated requests to Plaintiff's counsel, Plaintiff has not produced the requested supplemental records. Because trial is quickly approaching, Defendants attempted to secure the records through direct subpoenas to Plaintiff's medical providers. Plaintiff has objected to the subpoenas. Plaintiff cannot, however, make a principled objection to the production of the requested records. Defendants are entitled to updated responses to these requests.

The exact requests and desired supplemental responses are contained in the memorandum in support of Defendants' contemporaneously-filed Motion to Compel Plaintiff to Provide Supplemental Discovery Responses and are hereby incorporated into this objection. Suffice to say that there is no reason for Plaintiff's continued delay in the production of these records pursuant to her continuing duty to supplement under Fed. R. Civ. P. 26(e).

For these reasons, Plaintiff's Motion for Protective Order and to Quash Subpoena should be DENIED. Defendants respectfully request that the Court GRANT their Motion to Compel and order Plaintiff to supplement her discovery responses as indicated in that Motion and as required by Rules 26 and 37.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 27, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within document to the following persons this 27th day of March, 2007.

Via Regular Mail, Postage Prepaid

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Via Regular Mail, Postage Prepaid

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/ Neal J. McNamara