UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA , | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-310-S |
| | : | |
| SOUTHERN UNION CO. & | : | |
| NEW ENGLAND GAS CO., | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION TO COMPEL PLAINTIFF TO PROVIDE SUPPLEMENTAL DISCOVERY RESPONSES**

Defendants Southern Union Co. and New England Gas Co. ("Defendants") hereby seek leave to file a Motion to Compel Plaintiff to provide supplemental responses to Defendants' First and Second Requests for Production of Documents ("Document Requests"), pursuant to Fed. R. Civ. P. 26(e) and 34. In support of this motion, Defendants submit the attached memorandum.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 27, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within document to the following persons this 27th day of March, 2007.

Via Regular Mail, Postage Prepaid

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Via Regular Mail, Postage Prepaid

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/ Neal J. McNamara

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA, Plaintiff, | : | |
| v. | : | C.A. No. 04-310-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO COMPEL PLAINTIFF**
**TO PROVIDE SUPPLEMENTAL DISCOVERY RESPONSES**

Defendants Southern Union Co. and New England Gas Co. submit this memorandum in support of their request for leave to file a Motion to Compel Plaintiff to Provide Supplementary Discovery Responses. Defendants seek certain supplemental responses to requests, made pursuant to Fed. R. Civ. P. 34, for certain of Plaintiff's medical and financial records. Plaintiff's supplemental responses are long overdue and have been requested by Defendants' counsel on a number of occasions. Defendants request leave to file the motion to compel because the discovery period in this case has closed. However, pursuant to the continuing duty to supplement contained in Fed. R. Civ. P. 26(e), Plaintiff is obligated to provide the requested records to Defendant forthwith, not least because trial is fast approaching. In further support of this motion, Defendants rely upon and incorporate their Motion to Compel Plaintiff to Provide Supplemental Discovery Responses.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.

By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 27, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within document to the following persons this 27th day of March, 2007.

Via Regular Mail, Postage Prepaid

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Via Regular Mail, Postage Prepaid

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/ Neal J. McNamara