UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAROL PETRARCA , Plaintiff, | : | |
| v. | : | C.A. No. 04-310-S |
| SOUTHERN UNION CO. & NEW ENGLAND GAS CO., Defendants. | : | |

**DEFENDANTS' MOTION TO COMPEL**
**PLAINTIFF TO PROVIDE SUPPLEMENTAL DISCOVERY RESPONSES**

Pursuant to Fed. R. Civ. P. 26 and 37 , Defendants Southern Union Co. & New England Gas Co. ("Defendants") hereby move to compel Plaintiff to provide supplemental responses to Defendants' First Request for Production of Documents and Second Request for Production ("Document Requests") within twenty (20) days from the date of the hearing of this Motion.

In support of this Motion, Defendants state that on or about January 27, 2005 and August 19, 2005 Defendants served their First and Second Requests for Production, respectively, on Plaintiff. Although Plaintiff has filed responses and supplemental responses to the Defendants' Document Requests, there are additional medical and financial records that (a) are responsive to Defendants' Documents Requests; (b) are accessible to Plaintiff; and (c) have not been produced. Plaintiff has a duty to disclose these records under her continuing duty to supplement discovery as provided in Fed. R. Civ. P. 26(e)(2)(B). See also Acosta-Mestre v. Hilton Int'l, 156 F.3d 49, 56 (1st Cir. 1998). Plaintiff has failed to produce these documents despite Defendants' repeated requests to Plaintiff's counsel. See Letter Correspondence attached as Exhibit A. With trial in this case fast approaching, it is imperative that Defendants' counsel receive these outstanding documents as soon as possible.

The discovery responses that remain outstanding are as follows:

A. REQUEST NO. 11 OF DEFENDANTS' FIRST REQUEST FOR PRODUCTION:

All physical and mental health records dating since January 1989, including but not limited to, records, notes, memoranda, correspondence, tests, reports, and prescriptions, relating to counseling, diagnosis, testing, or treatment provided to you for any physical, mental, psychiatric, psychological, or emotional injury or condition by any physical or mental health care provider, as well as any financial records, bills, invoices or other memoranda related hereto.

PLAINTIFF'S RESPONSE:

Plaintiff objects to this request because it is overly broad in scope and in time. Without waiving said objection, Plaintiff states that she is in the process of obtaining medical records and reserves the right to supplement this response.

PLAINTIFF'S SUPPLEMENTAL RESPONSE (dated June 28, 2005):

See enclosed records of Dr. Zayas, Dr. Guttmacher, and Dr. Gallo.

PLAINTIFF'S SUPPLEMENTAL RESPONSE (dated July 13, 2005):

Plaintiff has enclosed additional responsive documents.

DEFENDANTS' REQUESTED SUPPLEMENTAL RESPONSE:

Defendants' request that Plaintiff provide updated records of Dr. Gallo, Dr. Guttmacher, and Dr. Zayas. Plaintiff should also be ordered to provide updated records from Butler Hospital, which should include Plaintiff's mental health records from Dr. John Ruggiano, whose practice was taken over by Dr. Gallo in 1997, and Dr. Gallo, whose practice was bought out by Butler Hospital in 2000.

In addition, Defendants' request that Plaintiff provide any and all medical records concerning her fall in her home in October 1999, which should include records from Dr. Walter Goncalves and Dr. Christopher Huntington.

Finally, Defendants' request that Plaintiff provide updated medical and psychiatric records referring or relating to Plaintiff's car accident in August 2004, including records from Dr. Guttmacher, Dr. Huntington, Dr. Zayas, and/or Dr. Lentrichia.

B. REQUEST NO. 1 OF DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS:

All documents concerning earned or passive income you have received from any source since your employment ended with Defendants, including but not limited to check stubs, payroll records, unemployment compensation records, workers' compensation records, disability payment records, and W-2 and 1099 forms.

PLAINTIFF'S RESPONSE (dated December 20, 2005):

See enclosed documents. (Plaintiff produced the following documents: 1999 temporary disability records; 2002 1099-R; 2003 1098 and W-2 form; 2004 SSA-1099, 1099-R and W-2 forms.)

DEFENDANTS' REQUESTED SUPPLEMENTAL RESPONSE:

Defendants request that Plaintiff supplement her response by providing updated W-2 and 1099 forms for the years 2001, 2005 and 2006, as well as any updated temporary disability records.

C. REQUEST NO. 2 OF DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS:

All state and federal income tax returns including any schedules or attachments filed by you or on your behalf for the years 1999 to present.

PLAINTIFF'S RESPONSE (dated December 20, 2005):

See enclosed documents. (Plaintiff produced the following documents: federal and state income tax returns for the years 2002, 2003 and 2004.)

PLAINTIFF'S SUPPLEMENTAL RESPONSE (dated January 23, 2006):

See enclosed documents. (Plaintiff produced the following documents: federal and state tax returns for the years 1999 and 2000 which included W-2 and 1099 forms.)

DEFENDANTS' REQUESTED SUPPLEMENTAL RESPONSE:

Defendants request that Plaintiff supplement her response by producing copies of her federal and state tax returns for the years 2001, 2005 and 2006.

For the reasons stated above, Defendants request an Order compelling Plaintiff to provide the medical and financial records discussed above in response to Defendants' First Request for Production of Documents and Second Request for Production within twenty (20) days from the date of the hearing of this Motion.

**CERTIFICATE OF COMPLIANCE WITH RULE 37**

The undersigned hereby certifies that he attempted to discuss the overdue discovery responses with Plaintiff's Counsel before filing this Motion.

Respectfully submitted,

DEFENDANTS SOUTHERN UNION CO. &
NEW ENGLAND GAS CO.
By their attorneys,
NIXON PEABODY LLP

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: March 27, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a true and accurate copy of the within document to the following persons this 27th day of March, 2007.

Via Regular Mail, Postage Prepaid

Noelle K. Clapham, Esq.
24 Salt Pond Road, Suite A8,
South Kingstown, RI 02879

Via Regular Mail, Postage Prepaid

Stephen M. Robinson, Esq.
Vicki J. Bejma, Esq.
Law Offices of Stephen M. Robinson
155 South Main Street
Providence, RI 02903

/s/ Neal J. McNamara

# EXHIBIT A

NIXON PEABODY LLP
ATTORNEYS AT LAW

One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030
Direct Dial: (401) 454-1019
E-Mail: nmcnamara@nixonpeabody.com

February 16, 2007

Noelle Clapham, Esq.
24 Salt Pond Road
Suite A8
South Kingstown, RI 02879

VIA FAX AND REGULAR MAIL

RE: Carol Petrarca v. Southern Union Company and New England Gas Company
C.A. No.: 04-310S

Dear Noelle:

I understand that you and Steve are on vacation, however, I trust that Vicki will address the issues in this letter as soon as possible.

Upon reviewing the medical information we have on Carol Petrarca, I note that the records of Dr. John Ruggiano were never produced to us. Ms. Petrarca indicates in her answers to interrogatories and deposition that Dr. Ruggiano is retired and that attempts to obtain his records were unsuccessful. Oddly, not less than five days ago, you produced to us copies of Christine Stamp's medical records from Dr. Ruggiano which included a January 24, 2007 letter from Dr. Ruggiano stating that the records were his originals and he would need them back once Christine had copied them. Dr. Ruggiano's stationary had an address of 347 Broadway, Providence, RI 02909. Clearly, Dr. Ruggiano is accessible and is in possession of his former clients records.

Therefore, please obtain all of Ms. Petrarca's medical records from Dr. Ruggiano and produce them to me as soon as possible.

In addition, please provide me with updated records from James Gallo, MD, Thomas Guttmacher, MD at Tri-Town Health Center and Dr. Zayas at East Side Neurology. The most current records we have from these medical providers are dated May and June, 2005. I assume those records will include references to the attempted suicide that Steve mentioned in Court yesterday.

Finally, Plaintiff's answer to interrogatory No. 5 indicates that she treated with Christopher Huntington, MD and Atmed Urgent Care. Medical records from those medical providers were never produced to us. Please provide those medical records as soon as possible.

Thank you for your prompt attention to these matters.

Sincerely yours,

Neal

Neal J. McNamara

cc: Vicki J. Bejma, Esq.
Stephen M. Robinson, Esq.

NP

NIXON PEABODY LLP
ATTORNEYS AT LAW

One Citizens Plaza
Suite 500
Providence, Rhode Island 02903-1345
(401) 454-1000
Fax: (401) 454-1030
Direct Dial: (401) 454-1019
E-Mail: nmcnamara@nixonpeabody.com

March 12, 2007

Noelle Clapham, Esq.
24 Salt Pond Road
Suite A8
South Kingstown, RI 02879

RE: Carol Petrarca v. Southern Union Company and New England Gas Company
C.A. No.: 04-310S

Dear Noelle:

Thank you for the recent records you sent me from Butler Hospital, however, we already have copies of those records. I have been advised by Dr. Ruggiano that Dr. James Gallo took over his practice around 1997 and, as such, Dr. Gallo, who is currently at Butler Hospital, should have Ms. Petrarca's records. I would appreciate if you could obtain updated records from Dr. Gallo for the period June 2005 to the present and forward them to me. In addition, I am also issuing a subpoena duces tecum to Dr. Gallo, see attached copy of the subpoena. I would request that you obtain a signed medical authorization from Ms. Petrarca allowing me to obtain Dr. Gallo's records.

Also, I note that we do not have any medical records concerning Ms. Petrarca's fall which occurred in her home in October 1999. Please provide me with any and all records concerning treatment for that injury.

As a follow up to my February 16, 2007 letter to you, please provide me with updated records concerning Ms. Petrarca's car accident in August 2004, namely records from Dr. Guttmacher (2/24/05), Dr. Huntington (12/30/04), Dr. Zayas (5/9/05) and Dr. Lentrichia (4/26/05). The dates of the last records we have from those physicians are in parenthesis after their name.

In addition, as previously requested, please provide me with copies of any records that reference Ms. Petrarca's attempted suicide.

10341366.1

Finally, please provide updated financial records, responsive to request numbers 1 and 2 of Defendant's Second Request for Production. This should include a copy of Ms. Petrarca's 2006 tax returns once they have been filed.

The urgency for our need for these records, which have been requested for some time now, arises out of the fact that the trial of this matter is fast approaching. If we do not receive these records immediately, we will have to file a Motion for Leave to file a Motion to Compel with the Federal Court.

Thank you for your prompt attention to these matters.

Sincerely yours,

Neal

Neal J. McNamara

cc: Vicki J. Bejma, Esq.
Stephen M. Robinson, Esq.