**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **v.** | : | **C.A. No: 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and NEW ENGLAND GAS COMPANY** | : | |

**PLAINTIFF'S OBJECTION TO MOTION FOR LEAVE TO FILE MOTION TO COMPEL**

Now comes the Plaintiff, and objects to Defendants' Motion for Leave to File a Motion to Compel Discovery. In support of said Objection, Plaintiff relies upon her Memorandum, attached hereto and made a part hereof.

Respectfully submitted,
Plaintiff,
By her attorney,

/s/Vicki J. Bejma
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
April 5, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2007, a true and complete copy of the foregoing was electronically filed and delivered to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

/s/ Vicki J. Bejma

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CAROL PETRARCA** | : | |
| | : | |
| **v.** | : | **C.A. No: 04-310(S)** |
| | : | |
| **SOUTHERN UNION COMPANY and** | : | |
| **NEW ENGLAND GAS COMPANY** | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER OBJECTION TO MOTION FOR LEAVE TO FILE MOTION TO COMPEL**

This matter comes before this Honorable Court on Defendants' Motion for Leave to File Motion to Compel supplemental responses to requests to produce. The Plaintiff submits that this Motion should not be granted, in that discovery in this matter has closed. In addition, Plaintiff is actively supplementing her responses to her requests to produce in accordance with the rules of civil procedure.

Respectfully submitted,
Plaintiff,
By her attorney,

/s/Vicki J. Bejma
Stephen M. Robinson #2103
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
April 5, 2007
vbejma@smrobinsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2007, a true and complete copy of the foregoing was electronically filed and delivered to counsel of record for the Defendants: Neal J. McNamara, Esquire and Matthew J. Frankel, Esquire, Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903.

/s/ Vicki J. Bejma