UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL PETRARCA, Plaintiff, | |
| v. | C.A. No. 04-310S |
| SOUTHERN UNION COMPANY, et al, Defendant. | |

DISMISSAL STIPULATION

It is hereby stipulated and agreed by and between the undersigned that the above matter is hereby dismissed with prejudice, each party to bear its own costs.

Plaintiff

CAROL PETRARCA
By her Attorney,

/s/ Noelle Clapham
Noelle Clapham #5338
24 Salt Pond Road
Suite A-8
South Kingstown, RI 02879
Tel. (401)783-3600

DATED: June 13, 2007

Defendant,

SOUTHERN UNION COMPANY,
NEW ENGLAND GAS COMPANY
By their Attorneys,

NIXON PEABODY, LLP

/s/Neal J. McNamara
Neal J. McNamara #4249
Matthew J. Frankel #7293
One Citizens Plaza – Suite 500
Providence, RI 02903
Tel. (401) 454-1000
Fax: (401) 454-1030
E:mail nmcnamara@nixonpeabody.com
mfrankel@nixonpeabody.com